**Jennifer S. Clark**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**101 E. Front St., Ste. 401**
**Missoula, MT 59802**
**Phone: (406) 542-8851**
**FAX: (406) 542-1476**
**Email:   Jennifer.Clark2@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JUSTIN JOSE ROMO,**<br><br>Defendant. | **CR-23-14-M-DWM**<br><br>**UNITED STATES' EXPERT WITNESS DISCLOSURE**<br><br>Gennesis Claro<br>Son X. Hoang<br>Minh C. Nguyen<br>Brittany Huntington |

As required by Fed. R. Crim. P. 16(a)(1)(G) and L.R. 16.3, the United States provides the following disclosure of expert testimony it intends to provide at trial.

1

**Gennesis Claro**

Gennesis Claro is a Forensic Chemist with the Department of Justice Drug Enforcement Administration, Office of Forensic Science Western Regional Laboratory in Pleasanton, California.  Claro examined and analyzed drug evidence collected during the investigation of Justin Jose Romo.

Specifically, on July 7, 2022, law enforcement conducted a traffic stop on Romo and he was arrested on a probation violation.  Law enforcement recovered substances suspected to be fentanyl, methamphetamine from his vehicle.  Claro used gas chromatography/mass spectrometry, and infrared spectroscopy to determine Exhibit 3 contained methamphetamine.

Claro will testify to the analysis of the evidence, how the results were interpreted following the analysis, and to opinions about the results.  The attached Case Details Report provides Claro's full analysis and basis for opinions in this case.  When testifying, Claro will only testify as an expert witness and will not testify as a lay witness.

The United States attaches the below exhibits:

Exhibit 1A:  Gennesis Claro Maloney Curriculum Vitae
Exhibit 1B:  Summary of Testimony
Exhibit 1C:  Chemical Analysis Report
Exhibit 1D:  Case Details Report

**Son Xuan Hoang**

Son Xuan Hoang is a Senior Forensic Chemist with the Department of Justice Drug Enforcement Administration, Office of Forensic Science Western Regional Laboratory in Pleasanton, California. Hoang examined and analyzed drug evidence collected during the investigation of Justin Jose Romo.

Specifically, on July 7, 2022, law enforcement conducted a traffic stop on Romo and he was arrested on a probation violation. Law enforcement recovered substances suspected to be fentanyl, methamphetamine from his vehicle. Hoang used gas chromatography/mass spectrometry, infrared spectroscopy, and Marquis color test to determine Exhibit 1 contained methamphetamine.

Hoang will testify to the analysis of the evidence, how the results were interpreted following the analysis, and to opinions about the results. The attached Case Details Report provides Hoang's full analysis and basis for opinions in this case. When testifying, Hoang will only testify as an expert witness and will not testify as a lay witness.

The United States attaches the below exhibits:

Exhibit 2A:  Son Xuan Hoang Curriculum Vitae
Exhibit 2B:  Summary of Testimony
Exhibit 2C:  Chemical Analysis Report
Exhibit 2D:  Case Details Report

**Minh C. Nguyen**

Minh C. Nguyen is a Senior Forensic Chemist with the Department of Justice Drug Enforcement Administration, Office of Forensic Science Western Regional Laboratory in Pleasanton, California. Nguyen examined and analyzed drug evidence collected during the investigation of Justin Jose Romo.

Specifically, on July 7, 2022, law enforcement conducted a traffic stop on Romo and he was arrested on a probation violation. Law enforcement recovered substances suspected to be fentanyl, methamphetamine from his vehicle. Nguyen used gas chromatography, gas chromatography/mass spectrometry, and immunoassay test to determine Exhibit 4 contained N-Phenyl-N-[1-(2-phenylethyl)-4-piperdinyl] propenamide.

Nguyen will testify to the analysis of the evidence, how the results were interpreted following the analysis, and to opinions about the results. The attached Case Details Report provides Nguyen's full analysis and basis for opinions in this case. When testifying, Nguyen will only testify as an expert witness and will not testify as a lay witness.

The United States attaches the below exhibits:

Exhibit 3A:  Minh C. Nguyen Curriculum Vitae
Exhibit 3B:  Summary of Testimony
Exhibit 3C:  Chemical Analysis Report
Exhibit 3D:  Case Details Report

**Brittany Huntington**

Brittany Huntington is a Senior Forensic Chemist with the Department of Justice Drug Enforcement Administration, Office of Forensic Science Western Regional Laboratory in Pleasanton, California.   Huntington examined and analyzed drug evidence collected during the investigation of Justin Jose Romo.

Specifically, on July 7, 2022, law enforcement conducted a traffic stop on Romo and he was arrested on a probation violation.   Law enforcement recovered substances suspected to be fentanyl, methamphetamine from his vehicle. Huntington used gas chromatography/mass spectrometry and infrared spectroscopy to determine Exhibit 1 contained methamphetamine.   Huntington used gas chromatography/mass spectrometry, and immunoassay test to determine Exhibit 2 contained N-Phenyl-N-[1-(2-phenylethyl)-4-piperdinyl] propenamide.

Huntington will testify to the analysis of the evidence, how the results were interpreted following the analysis, and to opinions about the results.   The attached Case Details Report provides Huntington's full analysis and basis for opinions in this case.   When testifying, Huntington will only testify as an expert witness and will not testify as a lay witness.

The United States attaches the below exhibits:

Exhibit 4A:  Brittany Huntington Curriculum Vitae
Exhibit 4B:  Summary of Testimony
Exhibit 4C:  Chemical Analysis Report – methamphetamine
Exhibit 4D:  Case Details Report – methamphetamine

Exhibit 4E:   Chemical Analysis Report – fentanyl
Exhibit 4F:   Case Details Report – fentanyl

Respectfully submitted this 23rd day of March, 2023.

                                              JESSE A. LASLOVICH
                                              United States Attorney

                                              */s/ Jennifer S. Clark*
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff