

| | |
|---|---|
| Gennesis Claro, BS, PSMFS<br>Department of Justice<br>Drug Enforcement Administration<br>Office of Forensic Science | Forensic Chemist<br>South Central Laboratory<br>Dallas, TX |

## AREA OF EXPERTISE

**Forensic Discipline**

    Seized Drugs

**Expert Testimony**

- Western District of Texas, 2022, U.S.A vs. Johnny Lee Sisco – EP 21 CR 1276 KC
- Western District of Texas, 2022, U.S.A vs. Rivas Camacho, MO: 21-CR-247-02

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*Forensic Chemist , South Central Laboratory, Dallas, Texas, 2020 – Present*

- Conduct tests to identify the presence or absence of a controlled substance in a laboratory setting
- Assist law enforcement in clandestine laboratory seizures and trace evidence collection
- Perform court testimony on the various findings

*Training*

    DEA Academy for Forensic Chemists (Quantico, VA), 2020

**DRUG ENFORCEMENT ADMINISTRATION**
*Physical Science Technician, South Central Laboratory, Dallas, Texas, 2019 – 2020*

- Performed qualitative and quantitative analysis on standard solutions for chemists to complete evidentiary lot drug analysis
- Assisted on method validations for specific drug identification on analytical instrumentation to include gas chromatography using flame ionization detection (GC-FID), mass selective detector (GC-MSD), gas chromatography infrared detection (GC- IRD) and high-performance (HPLC) and ultra-high-performance (UPLC) liquid chromatography
- Conducted routine monthly checks and calibrations on modern analytical techniques and instrumentation including making minor repairs on instruments including analytical balances, hydrogen generators, nitrogen generators, and water purification systems
- Developed advanced knowledge in theory and use of laboratory instruments to interpret data generated
- Performed reverifications of color test reagents, reference materials and quality control solutions to test validity of controlled substance
- Pioneered Quality Assurance team to ensure overall standardization of chromatographic techniques, explain technical ideas, resolve issues, and maintain laboratory best practices and efficiency
- Created technical laboratory reports of analytical data generated from instrumentation for quality purposes
- Participated in expert witness testimony training and moot court to practice presenting technical testimony in layman's terms to federal and state courts
- Served as point of contact for chemists in order to explain and summarize requests on analytical instrumental matters

*Training*

    DEA South Central Laboratory - New Analytical Scheme for the Analysis of Cannabis - Dallas, TX, 2019

    DEA South Central Laboratory - Physical Science Technician In-House Training - Dallas, TX, 2019

    DEA South Central Laboratory - How to Combat the Helium Shortage: Making the Switch from Helium to Hydrogen or Nitrogen Carrier Gas - Dallas, TX, 2019

**Albemarle Corporation**
*Quality Control Laboratory Technician, North Carolina - Laboratory, Kings Mountain, North Carolina, 2018 - 2019*

- Inspected lithium hydroxide liquor samples, finished products, and lithium brines for purity and/or contaminants to determine if the products meet specific standards in accordance to their respective companies' needs
- Conducted various routine chemical analysis on lithium samples including steam distillation, inductively coupled plasma - mass spectrometry (ICP-MS) analysis, purification, titrations and qualitative colorimetric testing
- Performed daily maintenance and calibrations on analytical instrumentation and devices
- Reported imperfections of samples, complied data in laboratory reports and interpreted analytical data for further inspection

*Training*

    Albemarle Corporation Laboratory, Quality Control Technician In - House Training, Kings Mountain, NC, 2018

**DRUG ENFORCEMENT ADMINISTRATION**
*Research Intern, Special Testing and Research Laboratory, Dulles, Virginia, 2017 - 2017*

- Formulated graduate research project for quantitation and qualitative chemical analysis of fentanyl and fentanyl related compounds for intelligence purposes
- Improved analytical chemistry techniques on modern scientific instrumentation: GC-MS, LC-MS, NMR, FTIR, isotope ratio mass-spectrometry (IR-MS)
- Performed analysis and discovered unknown controlled substances using standardized methods

# EDUCATION

Florida International University, Miami, FL

    Professional Science Masters of Forensic Science, 2017

Unversity of North Carolina - Wilmington, Wilmington, NC

    Bachelor's of Science - Chemistry, 2015

# PRESENTATIONS AND LECTURES

Attendee - DEA Academy - Office of Training, Forensic Sciences Seminar - Administrating Laboratory Quality Group Activities, Quantico, VA, 2020

# PUBLICATIONS

Casale, F. John, Mallette R. Jennifer, Claro, Gennesis, Hays A. Patrick. Synthesis and Characterization of Benzoylfentanyl and Benzoylbenzylfentanyl. Microgram Journal 2018; 15(1-4):1-8.



**U. S. Department of Justice**

Drug Enforcement Administration

South Central Laboratory
10150 Technology Blvd., E.
Dallas, Texas 75220

*www.dea.gov*                                                                 March 10, 2023

TO:         Jennifer Clark
            Assistant United States Attorney

FROM:       Gennesis Claro
            Forensic Chemist

SUBJECT:    RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN UNITED STATES v.
            Justin Jose Romo, ET. AL.

            Reference Laboratory Report(s) and Analyst Notes for DEA LIMS Case Number(s):
            2022-SFL7-04532


The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and address only the exhibit(s) identified in this summary:

1. My name is: Gennesis Claro

2. I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA), in the capacity of forensic chemist, and was so employed when I conducted the examinations and analyses described in the attached laboratory report(s) and analyst notes. My qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described in the attached laboratory report(s), are based on my knowledge, skill, experience, training, and education. See my attached Curriculum Vitae for additional information regarding my qualifications, including previous testimony offered in the last four years and any publications authored in the last ten years.

3. The opinions described in the attached laboratory report(s) and analyst notes are based on chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the attached laboratory report(s) and analyst notes. The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis. These are generally available at:

   https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request.

SUBJECT: RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN UNITED STATES v. Justin Jose Romo, ET. AL.

DEA LIMS Case Number(s): 2022-SFL7-04532

4. I analyzed the material contained in the exhibit(s) which were submitted for analysis in the above referenced case number(s). My conclusions are included as part of the attached forensic laboratory report(s) and analysts notes.

5. The analytical methods used in the analyses are validated and verified according to our assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community. Summaries of instrumental methods are available at:

   https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596

Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I approve the foregoing disclosure.

_[signature]_       March 10, 2023
Gennesis Claro       Date

Forensic Chemist

APPROVED: _[signature]_
B. Jamie Vasquez

Associate Laboratory Director

Attachments



**U.S. Department of Justice**  
**Drug Enforcement Administration**

Western Laboratory  
Pleasanton, CA

## Chemical Analysis Report

HSI - Kalispell  
2 Main Street, Suite 206  
Kalispell, MT 59901

**Case Number:** 2022332400005801  
**LIMS Number:** 2022-SFL7-04532

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 3 | Methamphetamine Hydrochloride | 29.45 g ± 0.01 g | 98% ± 6% | 28.86 g ± 1.78 g |

**Remarks:**

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

Supplemental report to reflect analysis. Refer to original laboratory report dated 09/26/2022.

All analyses were completed at the South Central Laboratory, Dallas, TX.

### Exhibit Details:

**Date Accepted by Laboratory:** 09/07/2022    **Gross Weight:** 44.3 g    **Date Received by Examiner:** 09/30/2022

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 3 | 1 | Ziplock Plastic Bag | Crystalline | 29.04 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**

A composite was formed from 1 unit for testing of 1 unit received. Methamphetamine identified in the composite. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 3 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit | Purity Test(s) |
|---|---|
| 3 | DEA 503/UV-Vis Spectroscopy |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Gennesis Claro, Forensic Chemist    **Date:** 10/06/2022  
**Approved By:** /S/ Darrell W. Eubank, Senior Forensic Chemist    **Date:** 10/07/2022

DEA Form 113 August 2019

# Case Details Report

## » I.A. Case #:  2022332400005801 / LIMS Case #: 2022-SFL7-04532

**Investigating Agency:** HSI - Kalispell

**# of I.A. Exhibits: 1**  **# of Lab Exhibits: 1**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 3 | 3 | ZPB with a white crystalline substance | SSEE (2162350) |

### Summary of Findings
Analyst: GCLARO (2022.10.06)

**Findings**

| Exhibit | Gross Wt | Net Wt (Reported) | Net Wt | Reserve Wt | Retained Wt |
|---|---|---|---|---|---|
| 3 | 44.3 g | 29.45 g ± 0.01 g | 29.453 g ± 0.01096 g | 29.04 g | |

| Constituent | Purity | APD (Reported) | APD |
|---|---|---|---|
| Methamphetamine Hydrochloride | 98% ± 6% | 28.86 g ± 1.78 g | 28.861 g ± 1.77526 g |

### Gross Weight
**Equipment :  DEA 361257**
Analyst: GCLARO (2022.09.30)

| | |
|---|---|
| Gross Weight (Reported) | 43.5 g |
| Gross Weight (Actual) | 44.3 g |
| Gross Weight (delta) | 0.8 g |
| Gross Weight (delta %) | 1.81 % |
| Weight Discrepancy | No |
| Remarks | No Remarks |

### Description of Evidence
Analyst: GCLARO (2022.10.06)

| | |
|---|---|
| Seals | Intact |
| Date Opened | 2022-10-04 |
| Description | 1 SSEE containing 1 clear ZPB with a white crystalline material. |
| Consistent With Paperwork? | Yes |
| Remarks | No Remarks |

### Description of Exhibit and Sampling
Analyst: GCLARO (2022.10.06)

| | |
|---|---|
| Number of Packages | 1 unit |
| Number of Units | 1 unit |
| Package Type | Ziplock Plastic Bag |
| Logo/Impression | No |
| Gross Form | Crystalline |
| Dry/Moist | Dry |
| Exemplar | No |
| Number of Units Tested | 1 unit |
| Sampling Procedure | Using Option 1, a composite was formed from 1 unit out of 1 unit received by grinding, sieving through 20 mesh and mixing thoroughly. The composite was tested using GC-MS and FTIR. Additional portions used for quantitation. |
| Deviation from Sampling Plan | No |
| Remarks | No Remarks |

Exhibit 1D-1

| » I.A. Case #: | 2022332400005801 / LIMS Case #:  2022-SFL7-04532 | | |
|---|---|---|---|
| **Exhibit #** | **Lab Ex #** | **Lab Exhibit Description** | **Container** |
| 3 | 3 | ZPB with a white crystalline substance | SSEE (2162350) |

**Net Weight**  Analyst: GCLARO (2022.10.06)
**Equipment : DEA 361274**

| | |
|---|---|
| Residue | No |
| Type of Weighing | Direct Weighing |
| Net Weight | 29.45 g |
| Net Weight Uncertainty | 0.01 g |
| Remarks | Using the original packaging, the net weight was determined using the Direct Full to Empty method. |
| Use Legacy Calculator | No |

**GC-MS Analysis : Run # 1 - Set # 1 Blank**  Analyst: GCLARO (2022.10.06)
**Equipment : DEA 361472**

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Type | Instrumental/Solvent |
| Negative Control Result | Pass |
| Solvent | Blank base extracted using NaOH into CHCl3 |
| Remarks | No Remarks |

**GC-MS Analysis : Run # 1 - Set # 2 Composite**  Analyst: GCLARO (2022.10.06)
**Equipment : DEA 361472**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | Sample base extracted using NaOH into CHCl3 |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Methamphetamine Hydrochloride, Isomer Undetermined | --- |

**FTIR Analysis : Run # 1 - Set # 1 Blank**  Analyst: GCLARO (2022.10.06)
**Equipment : DEA 361424**

| | |
|---|---|
| Negative Control Run | Yes |
| Background | Pass |
| Negative Control Type | Instrumental |
| Negative Control Result | Pass |
| Remarks | No Remarks |

**FTIR Analysis : Run # 1 - Set # 2 Composite**  Analyst: GCLARO (2022.10.06)
**Equipment : DEA 361424**

| | |
|---|---|
| Negative Control Run | No |
| Sample Prep | Direct |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Methamphetamine Hydrochloride, Isomer Undetermined | --- |

Exhibit 1D-2

| » I.A. Case #: | 2022332400005801 / LIMS Case #: 2022-SFL7-04532 | |
|---|---|---|
| **Exhibit #** | **Lab Ex #** | **Lab Exhibit Description** | **Container** |
| 3 | 3 | ZPB with a white crystalline substance | SSEE (2162350) |

**Quantitation : Run # 1 - Set # 1 Blank**  Analyst: GCLARO (2022.10.06)
**Equipment :  DEA 1003287-6SFL7, DEA 361235**

| | |
|---|---|
| Type | Blank |
| Method | DEA 503/UV-Vis Spectroscopy |
| Remarks | No Remarks |
| QC Low Result | N/A |
| QC High Result | N/A |

**Quantitation : Run # 1 - Set # 2 Composite**  Analyst: GCLARO (2022.10.06)
**Equipment :  DEA 1003287-6SFL7, DEA 361235**

| | |
|---|---|
| Type | Sample |
| Method | DEA 503/UV-Vis Spectroscopy |
| Dilution Technique | Volumetric |
| Sample Prep - Sample Weight (LabX) | 133.1 mg |
| Sample Amount (Instrument) | 133.1 mg |
| Sample Prep - Initial Volume | 50 mL |
| Sample Prep - Volume Transferred | 1 mL |
| Sample Prep - Final Volume | 1 mL |
| Sample Prep - Dilution Factor | 50 mL |
| Dilution Factor | 50 mL |
| Remarks | No Remarks |

**Quantitation**

| Constituent | RT | Area | Height | Width | Purity |
|---|---|---|---|---|---|
| Methamphetamine, Isomer & Salt Undetermined | | 0.0000 | 0.0000 | 0.000 | 98.350 |
| QC Low Result | 100.73 | | | | |
| QC High Result | 101.59 | | | | |

**Reserve Weight**  Analyst: GCLARO (2022.10.06)
**Equipment :  DEA 361274**

| | |
|---|---|
| Residue? | No |
| Type of Calculation | No Calculation |
| Reserve Weight | 29.04 g |
| Remarks | Reserve weight was determined using the original packaging utilizing the Reserve Net F With Previous Weighing method. |

**Description of Reserve Evidence**  Analyst: GCLARO (2022.10.06)

| | |
|---|---|
| Description | Composited white powdery material within 1 original ZPB which was heat sealed.<br><br>1 ZPB within 1 original SSEE which was heat sealed and signed. |
| Date Sealed | 2022-10-06 |
| Remarks | No Remarks |

**Gross Weight After Analysis**  Analyst: GCLARO (2022.10.06)
**Equipment :  DEA 361257**

| | |
|---|---|
| Gross Weight After Analysis | 44.3 g |
| Remarks | No Remarks |

Exhibit 1D-3