Son Xuan Hoang, PhD, MBA
Department of Justice
Drug Enforcement Administration
Office of Forensic Science

Senior Forensic Chemist
Western Region Laboratory
Pleasanton, CA

# AREA OF EXPERTISE

**Forensic Discipline**

Seized Drug Analysis

**Expert Testimony**

Testified 5 times at the Federal level:

- August 5, 2019 at the U.S. District Court of Eastern District of California for United States of America vs. Tommie Thomas
- August 19, 2019 at the U.S. District Court of Utah for United States of America vs. Aaron Michael Shamo
- April 11, 2022 at the U.S. District Court of Northern District of California for United States of America vs. Alejandro Alvarez
- February 22, 2023 at the U.S. Eastern District Court of Washington for United States of America vs. Jose Aguirre-Ruiz
- February 24, 2023 at the U.S. District Court of Colorado for United States of America vs. Thomas O'Hara

# PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*Forensic Chemist, Western Laboratory, Pleasanton, CA, 2016 – Present*

- Analyze physical evidence for the presence or absence of controlled substances.
- Prepare written reports detailing findings of analysis.
- Provide testimony in court as needed.
- Have analyzed approximately 1800 exhibits.

*Training*

- Basic Forensic Science School (Quantico, VA), 2016
- Maintaining ACQUITY UPLC Systems (Classic, H-Class and I-Class), Waters Corporation (Pleasanton, CA), 2017
- Basic Clandestine Laboratory Certification School, DEA Academy (Quantico, VA), 2018
- NMR Quantitation and Identification (Pleasanton, CA), 2019
- New Analytical Scheme for the Analysis of Cannabis (Pleasanton, CA), 2019
- Illicit Hazardous Environments Specialist (Quantico, VA), 2021
- DEA Clandestine Laboratory Advanced Specialist Course (Quantico, VA), 2021
- Kadima Leadership Training (Quantico, VA), 2021
- Field Training Chemist Professional Development (Quantico, VA), 2021

**US DEPARTMENT OF AGRICULTURE**
*Senior Chemist, USDA (Alameda CA) 2011-2016*

Exhibit 2A-1

- Responsible for testing meats, poultries, fish, and eggs for pesticides and small molecules contamination.
- Performed routine maintenance and performed checks on laboratory equipment.
- Trained Chemists onsite on method development and maintenance of analytical instruments.
- Performed and validated analytical methods.

**UNIVERSITY OF THE PACIFIC - AMERICAN CHEMICAL SOCIETY**
*Teaching Assistant (Stockton, CA) 2004-2011*

- Guided and trained scientists in method development, instrumental analysis, data collection and interpretation, and lab safety.
- Trained graduate and undergraduate students in analytical methods development and instruments maintenance.
- Teaching, Experimentation, And Mentoring in Science - Coordinated, planned, and taught sciences to 6-12 grades.

*Training*

- Mass Spectrometry: Principal and Practice (Stockton, CA 2014-2010).

**HILMAR CHEESE AND INGREDIENTS**
*R&D Chemist (Hilmar, CA) 2009*

- Responsible for testing meats, poultries, fish, and eggs for pesticides and small molecules contamination.
- Trained and provided technical supports for the purification and analysis of oligosaccharides and proteins.
- Set up analytical instruments and trained Chemists on application and maintenance.
- Analyzed and mapped protein hydrolysis.

# EDUCATION AND CERTIFICATIONS

San Francisco State University, San Francisco CA

- Master of Business Administration, 2017

University of the Pacific, Stockton CA

- Ph.D., Pharmaceutical and Chemical Sciences 2011

University of California, Davis CA

- Bachelors of Science, Biochemistry 2003
- Minor - Statistics 2003

*Certification(s)*

- DEA Clandestine Laboratory Safety Certification, 2018 to present
- DEA Advanced Site Safety (2021 to present)

# PROFESSIONAL AFFILIATIONS

Exhibit 2A-2

- Alpha Chi Sigma - Professional Chemistry Fraternity
- American Chemical Society (2007-present)

## PRESENTATIONS AND LECTURES

- Oral Presenter - Analysis of Pesticide in Meats and Poultry at USDA Western Laboratory
- Agriculture Research Service (Washington, DC), 2012
- Poster Presenter - Analysis of Pesticide in Meats and Poultry at USDA Western Laboratory
- Pesticide Conference (St. Pete, FL) 2013

## PUBLICATIONS

- Macrocyclic Chemistry:
  Part I - Characterization of a mixed-valence di-iron complex and synthesis of a new poly-iron complex.
  Part II - Synthesis, characterization of new diphosphoester macrocyclic polyethers. University of the Pacific 2011. Dissertation.

Exhibit 2A-3



U.S. Department of Justice
Drug Enforcement Administration
Western Laboratory
6880 Koll Center Parkway
Pleasanton, CA 94566

*www.dea.gov*

TO:        Jennifer Clark
           Assistant U. S. Attorney

FROM:      Son Xuan Hoang
           Senior Forensic Chemist
           DEA Western Laboratory

SUBJECT:  RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN
UNITED STATES v. Justin Jose Romo
DEA IA Case Number(s) 2022-SFL7-04516

Date:  March 7, 2023

The following summary of testimony is provided as required by Federal Rule of Criminal
Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and
address only the exhibit(s) identified in this summary:

1.  My name is:  Son Xuan Hoang

2.  I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA),
    in the capacity of Senior Forensic Chemist, and was so employed when I conducted the
    examinations and analyses described below.  My qualifications to conduct the examinations
    and analyses, and to express an opinion as to the identity of the material contained in the
    exhibit(s) described below, are based on my knowledge, skill, experience, training, and
    education.  See my attached Curriculum Vitae for additional information regarding my
    qualifications, including previous testimony offered in the last four years and any
    publications authored in the last ten years.

3.  The opinions described below are based on the following chemical, physical, and
    instrumental analyses, the results generated by those analyses, and my interpretation of those
    results set forth in the forthcoming Laboratory Report and analyst notes.

SUBJECT: RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN
UNITED STATES v. Justin Jose Romo
DEA IA CASE NUMBER(S) 2022-SFL7-04516

The manner and process by which the analyses I performed were done so as articulated in the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis.  These are generally available at:

https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request.

4.  I analyzed the material contained in the exhibits which were submitted for analysis in the above referenced case number(s).  My conclusions are included as part of forthcoming forensic laboratory reports and analyst notes.

5.  The material referred to herein as exhibit #1, as represented in the forensic laboratory reports and accompanying case file, has been identified as follows:

   a.  Substance(s) identified: Methamphetamine Hydrochloride.  Methamphetamine confirmed in all units received. A composite was formed from 2 units for further testing.  Salt form determined from testing the composite.
   b.  Purity of Methamphetamine:  96% ± 6%. Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.
   c.  Net weight: 18.6 g ± 0.2 g. The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

The above opinion is based on the following physical, chemical, and instrumental analyses:

   i.  Marquis color test
   ii.  Capillary gas chromatography coupled with mass spectrometry detection
   iii.  Infrared spectroscopy
   iv.  UV-Vis Spectroscopy

Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I approve the foregoing disclosure.

**SON HOANG** Digitally signed by SON HOANG
Date: 2023.03.07 09:05:53 -08'00'

Date: 3/7/2023

_____
Son X. Hoang, DEA Senior Forensic Chemist

**SPENCER SINGH** Digitally signed by SPENCER SINGH
Date: 2023.03.09 06:25:43 -08'00'

APPROVED: _____
Spencer Singh, Supervisor Forensic Chemist

SUBJECT: RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN
UNITED STATES v. Justin Jose Romo
DEA IA CASE NUMBER(S) 2022-SFL7-04516


Attachment



**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

HSI - Kalispell
2 Main Street, Suite 206
Kalispell, MT 59901

**Case Number:** 2022332400005101
**LIMS Number:** 2022-SFL7-04516

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|------------------------|-----------|------------------|----------------------|
| 1 | Methamphetamine Hydrochloride | 18.6 g ± 0.2 g | 96% ± 6% | 17.8 g ± 1.1 g |

**Remarks:**

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit.  All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

## Exhibit Details:

**Date Accepted by Laboratory:**  09/06/2022          **Gross Weight:**  33.4 g          **Date Received by Examiner:**  11/08/2022

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 1 | 2 | Plastic Bag | Crystalline | 18.0 g |

**Remarks:**

## Exhibit Analysis:

**Sampling:**

Methamphetamine identified in all unit(s) received.  A composite was formed from 2 units for further testing.  Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---------|-------------------|
| 1 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy, Marquis Color Test |

| Exhibit | Purity Test(s) |
|---------|----------------|
| 1 | DEA 503/UV-Vis Spectroscopy |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/  Son X. Hoang, Senior Forensic Chemist                 **Date:** 11/15/2022
**Approved By:** /S/  Suk I. Fullbright, Senior Forensic Chemist                 **Date:** 11/16/2022

DEA Form 113 August 2019

091                                 Exhibit 2C-1

# Case Details Report

**» I.A. Case #:  REDACTED / LIMS Case #:  2022-SFL7-04516**

**Investigating Agency:  HSI - Kalispell**

**# of I.A. Exhibits: 1**                    **# of Lab Exhibits: 1**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 2 plastic bags, each plastic bag contained white crystalline substances, | SSEE (2161679) |

| Summary of Findings | | | | | Analyst: SXHOANG (2022.11.15) |
|---|---|---|---|---|---|

**Findings**

| Exhibit | Gross Wt | Net Wt (Reported) | Net Wt | Reserve Wt | Retained Wt |
|---|---|---|---|---|---|
| 1 | 33.4 g | 18.6 g ± 0.2 g | 18.67 g ± 0.24061 g | 18.0 g | |

| Constituent | Purity | APD (Reported) | APD |
|---|---|---|---|
| Methamphetamine Hydrochloride | 96% ± 6% | 17.8 g ± 1.1 g | 17.856 g ± 1.14429 g |

| Gross Weight | Analyst: SXHOANG (2022.11.15) |
|---|---|
| **Equipment :  DEA 365215** | |
| Gross Weight (Reported) | 32.5 g |
| Gross Weight (Actual) | 33.4 g |
| Gross Weight (delta) | 0.9 g |
| Gross Weight (delta %) | 2.69 % |
| Weight Discrepancy | No |
| Remarks | No Remarks |

| Description of Evidence | Analyst: SXHOANG (2022.11.15) |
|---|---|
| Seals | Intact |
| Date Opened | 2022-11-08 |
| Description | 1 SSEE contained 2 plastic bags (1 contained another plastic bag contained white crystalline substances, and 1 contained white crystalline substances). total 2 units. |
| Consistent With Paperwork? | Yes |
| Remarks | No Remarks |

| Description of Exhibit and Sampling | Analyst: SXHOANG (2022.11.15) |
|---|---|
| Number of Packages | 2 unit |
| Number of Units | 2 unit |
| Package Type | Plastic Bag |
| Logo/Impression | No |
| Gross Form | Crystalline |
| Dry/Moist | Dry |
| Exemplar | No |
| Number of Units Tested | 2 unit |
| Sampling Procedure | 2 units tested of 2 units received with color test and GC-MS.  One independent portion from each unit was used for each technique.  All sample from 2 units were combined, ground and passed through a 20-mesh sieve to form a composite for further testing. Salt form determination was performed with FTIR.  Quantitation was performed with UV-Vis. |
| Deviation from Sampling Plan | No |
| Remarks | No Remarks |

Exhibit 2D-1

**» I.A. Case #:   REDACTED / LIMS Case #:  2022-SFL7-04516**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 2 plastic bags, each plastic bag contained white crystalline substances, | SSEE (2161679) |

**Net Weight**
**Equipment :  DEA 365202**                                                 Analyst: SXHOANG (2022.11.15)

| | |
|---|---|
| Residue | No |
| Type of Weighing | Direct Weighing |
| Net Weight | 18.6 g |
| Net Weight Uncertainty | 0.2 g |
| Remarks | Weighed in new ziplock plastic bags empty to full. |
| Use Legacy Calculator | No |

**Marquis Color Test : Run # 1 - Set # 1 Blank**                             Analyst: SXHOANG (2022.11.15)

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Result | Pass |
| Reagent ID | MARQ-G2-SEPT22 |
| Remarks | No Remarks |

**Marquis Color Test : Run # 1 - Set # 2 Samples 1-2**                        Analyst: SXHOANG (2022.11.15)

| | |
|---|---|
| Negative Control Run | No |
| Reagent ID | MARQ-G2-SEPT22 |
| Applicable Units | 1-2 |
| Color | Orange to Brown |
| Remarks | No Remarks |

**GC-MS Analysis : Run # 1 - Set # 1 Blank**
**Equipment :  DEA 365408**                                                 Analyst: SXHOANG (2022.11.15)

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Type | Instrumental/Solvent |
| Negative Control Result | Pass |
| Solvent | Base extracted into chloroform. |
| Remarks | Baseline and all peaks checked no controlled substances or adulterants found.  Passed. |

**GC-MS Analysis : Run # 1 - Set # 2 Sample 1**
**Equipment :  DEA 365408**                                                 Analyst: SXHOANG (2022.11.15)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | Base extracted into chloroform. |
| Retention Time Matching | No |
| Remarks | Baseline and all peaks checked, no other controlled substances or adulterants found. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Methamphetamine, Isomer & Salt Undetermined | retention time was within +/- 0.1 minute of standard. |

Exhibit 2D-2

Case 9:23-cr-00014-DWM   Document 17-2   Filed 03/23/23   Page 10 of 29

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 2 plastic bags, each plastic bag contained white crystalline substances, | SSEE (2161679) |

**GC-MS Analysis : Run # 1 - Set # 3 Sample 2**
**Equipment :  DEA 365408**                                    Analyst: SXHOANG (2022.11.15)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | Base extracted into chloroform. |
| Retention Time Matching | No |
| Remarks | Baseline and all peaks checked, no other controlled substances or adulterants found. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Methamphetamine, Isomer & Salt Undetermined | retention time was within +/- 0.1 minute of standard. |

**GC-MS Analysis : Run # 1 - Set # 4 Standard mix AC-22-03**
**Equipment :  DEA 365408**                                    Analyst: SXHOANG (2022.11.15)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | Base extracted into dichloromethane. |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Methamphetamine, Isomer & Salt Undetermined | --- |

**FTIR Analysis : Run # 1 - Set # 1 Composite blank**
**Equipment :  DEA 41321A**                                    Analyst: SXHOANG (2022.11.15)

| | |
|---|---|
| Negative Control Run | Yes |
| Background | Pass |
| Negative Control Type | Instrumental |
| Negative Control Result | Pass |
| Remarks | No Remarks |

**FTIR Analysis : Run # 1 - Set # 2 Composite sample**
**Equipment :  DEA 41321A**                                    Analyst: SXHOANG (2022.11.15)

| | |
|---|---|
| Negative Control Run | No |
| Sample Prep | Direct. |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Methamphetamine Hydrochloride, Isomer Undetermined | --- |

Exhibit 2D-3

» I.A. Case #:   REDACTED / LIMS Case #:   2022-SFL7-04516

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 2 plastic bags, each plastic bag contained white crystalline substances, | SSEE (2161679) |

**Quantitation : Run # 1 - Set # 1 Blank**                    Analyst: SXHOANG (2022.11.15)
**Equipment :  DEA 365212, DEA 41313A**

| | |
|---|---|
| Type | Blank |
| Method | DEA 503/UV-Vis Spectroscopy |
| Remarks | No Remarks |
| QC Low Result | N/A |
| QC High Result | N/A |

**Quantitation : Run # 1 - Set # 2 Composite sample**                    Analyst: SXHOANG (2022.11.15)
**Equipment :  DEA 365212, DEA 41313A**

| | |
|---|---|
| Type | Sample |
| Method | DEA 503/UV-Vis Spectroscopy |
| Dilution Technique | Volumetric |
| Sample Prep - Sample Weight (LabX) | 158.4 mg |
| Sample Amount (Instrument) | 158.4 mg |
| Sample Prep - Initial Volume | 50 mL |
| Sample Prep - Volume Transferred | 1 mL |
| Sample Prep - Final Volume | 1 mL |
| Sample Prep - Dilution Factor | 50 mL |
| Dilution Factor | 50 mL |
| Remarks | No Remarks |

| Quantitation | | | | | |
|---|---|---|---|---|---|
| **Constituent** | **RT** | **Area** | **Height** | **Width** | **Purity** |
| Methamphetamine, Isomer & Salt Undetermined | | 0.0000 | 0.0000 | 0.000 | 96.540 |
| QC Low Result | 100.23 | | | | |
| QC High Result | 98.85 | | | | |

**Reserve Weight**                    Analyst: SXHOANG (2022.11.15)
**Equipment :  DEA 365202**

| | |
|---|---|
| Residue? | No |
| Type of Calculation | No Calculation |
| Reserve Weight | 18.06 g |
| Remarks | Weighed in a new ziplock plastic bag empty to full. |

**Description of Reserve Evidence**                    Analyst: SXHOANG (2022.11.15)

| | |
|---|---|
| Description | White powder contained in a ziplock bag. All original packaging materials contained in a ziplock bag. All ziplock bags were sealed into the original SSEE. |
| Date Sealed | 2022-11-09 |
| Remarks | No Remarks |

**Gross Weight After Analysis**                    Analyst: SXHOANG (2022.11.15)
**Equipment :  DEA 365202**

| | |
|---|---|
| Gross Weight After Analysis | 44.8 g |
| Remarks | No Remarks |

Exhibit 2D-4

Case Number: ████████████
LIMS Case Number: 2022-SFL7-04516
DEA-7 Exhibit Number: 1
Lab Exhibit Number: 1

# DEA Uncertainty Calculator Worksheet

## *Direct Net Weight*

| | | | |
|---|---|---|---|
| **Chemist:** | **SXHOANG** | **LIMS #:** | **2022-SFL7-04516** |
| **Date:** | **11/8/2022** | **Laboratory:** | **Western** |
| **Ordno:** | **1131855** | **Lab Exhibit #:** | **1** |

### *Direct Weight Measurements*

| TaskID | Balance # | Weight (Full) (g) | Weight (Empty) (g) |
|---|---|---|---|
| T78050 | DEA 365202 | | 3.32 |
| T78050 | DEA 365202 | 21.99 | |

|  |  |
|---|---|
| **Total Net Weight (g):** | **18.67** |

### *Uncertainty Factors*

| Balance (g) | # Events | u(mass)(g) | u(w)(g) |
|---|---|---|---|
| 0.01 | 2 | 0.060152 | 0.12030 |

| | |
|---|---|
| **Combined Uncertainty u(w):** | **0.12030** |
| **Expanded Uncertainty U *(k = 2)* (g):** | **0.24061** |

| **Unit Count:** | **Avg Net Wt/Unit (g):** | **+/-** |
|---|---|---|

### *Net Weight Results*

| | | | | | |
|---|---|---|---|---|---|
| **Net Weight:** | 18.67000 | **+/-** | 0.24061 g | **Relative U%** | |
| **Report:** | 18.6 | **+/-** | 0.2 g | 1.29 | |

Exhibit 2D-6

ID: 2022-SFL7-04516-1,1,1131855,601,1,1
Name of File: D...
Acquired: 08 Nov 2022  16:26     using Method: GCLowXH_MS01.M
Misc Info:

Vial Number: 42
Instrument: DEA365408



Abundance — TIC: 04516 Blank.D\data.ms

INSTRUMENT CONDITIONS
  Temp.: 75°C for 0.5 min
        then 40°C/min to 175°C for 0 min
        then 30°C/min to 300°C for 1.9 min
        Total Run Time: 9.067 min
  Inj. port: 280°C, Carrier Gas: H2, Split 60:1, Inj. Volume: 1 µL, transfer line: 280°C
  GC column: HP-5ms : 15 m x 250 µm x 0.25 µm film thickness
  Flow Ramp: 1.9 mL/min for 3 min then 10 mL/min per min to 2.5 mL/min for 0.1
        min
ID: 2022-SFL7-04516-1,1,1131855,601,1,1
Misc Info:
Date: 08 Nov 2022  16:26

Exhibit 2D-7



INSTRUMENT CONDITIONS
  Temp.: 75°C for 0.5 min
        then 40°C/min to 175°C for 0 min
        then 30°C/min to 300°C for 1.9 min
        Total Run Time: 9.067 min
  Inj. port: 280°C, Carrier Gas: H2, Split 60:1, Inj. Volume: 1 µL, transfer line: 280°C
  GC column: HP-5ms : 15 m x 250 µm x 0.25 µm film thickness
  Flow Ramp: 1.9 mL/min for 3 min then 10 mL/min per min to 2.5 mL/min for 0.1
       min
ID: 2022-SFL7-04516-1,1,1131855,601,1,2
Misc Info:
Date: 08 Nov 2022  16:38

Exhibit 2D-8

ID: 2022-SFL7-04516-1,1,1131855,601,1,2
Name of File: Case 9:23-cr-00014-DWM   Document 17-2   Filed 03/23/23   Page 16 of 29
Acquired: 08 Nov 2022  16:38      using Method: GCLowXH_MS01.M
Misc Info:
Vial Number: 43
Instrument: DEA365408



INSTRUMENT CONDITIONS
  Temp.: 75°C for 0.5 min
        then 40°C/min to 175°C for 0 min
        then 30°C/min to 300°C for 1.9 min
        Total Run Time: 9.067 min
  Inj. port: 280°C, Carrier Gas: H2, Split 60:1, Inj. Volume: 1 µL, transfer line: 280°C
  GC column: HP-5ms : 15 m x 250 µm x 0.25 µm film thickness
  Flow Ramp: 1.9 mL/min for 3 min then 10 mL/min per min to 2.5 mL/min for 0.1
      min
ID: 2022-SFL7-04516-1,1,1131855,601,1,2
Misc Info:
Date: 08 Nov 2022  16:38

Exhibit 2D-9



Exhibit 2D-10



Library Name: Master SFL1 MS Library 121621.

Exhibit 2D-11



INSTRUMENT CONDITIONS
  Temp.: 75°C for 0.5 min
        then 40°C/min to 175°C for 0 min
        then 30°C/min to 300°C for 1.9 min
        Total Run Time: 9.067 min
  Inj. port: 280°C, Carrier Gas: H2, Split 60:1, Inj. Volume: 1 µL, transfer line: 280°C
  GC column: HP-5ms : 15 m x 250 µm x 0.25 µm film thickness
  Flow Ramp: 1.9 mL/min for 3 min then 10 mL/min per min to 2.5 mL/min for 0.1
        min
ID: 2022-SFL7-04516-1,1,1131855,601,1,3
Misc Info:
Date: 08 Nov 2022  16:49                            Exhibit 2D-12

ID: 2022-SFL7-04516-1,1,1131855,601,1,3
Name of File: Case 9:23-cr-00014-DWM Document 17-2 Filed 03/23/23 Page 20 of 29
Acquired: 08 Nov 2022  16:49     using Method: GCLowXH_MS01.M
Misc Info:
Vial Number: 44
Instrument: DEA365408



INSTRUMENT CONDITIONS
  Temp.: 75°C for 0.5 min
        then 40°C/min to 175°C for 0 min
        then 30°C/min to 300°C for 1.9 min
        Total Run Time: 9.067 min
  Inj. port: 280°C, Carrier Gas: H2, Split 60:1, Inj. Volume: 1 µL, transfer line: 280°C
  GC column: HP-5ms : 15 m x 250 µm x 0.25 µm film thickness
  Flow Ramp: 1.9 mL/min for 3 min then 10 mL/min per min to 2.5 mL/min for 0.1
      min
ID: 2022-SFL7-04516-1,1,1131855,601,1,3
Misc Info:
Date: 08 Nov 2022  16:49

Exhibit 2D-13

ID: 2022-SFL7-04516-1,1,1131855,601,1,3
Name of File: D:\...\data\XXX...XXX...
Acquired: 08 Nov 2022  16:49    using Method: GCLowXH_MS01.M
Misc Info:
Sort Number: 238

Vial Number: 44
Instrument: DEA365408



ID: 2022-SFL7-04516-1,1,1131855,601,1,3
Misc Info:
Date: 08 Nov 2022  16:49

Exhibit 2D-14

ID: 2022-SFL7-04516-1,1,1131855,601,1,4
Name of File: D:\...\
Case 9:23-cr-00014-DWM Document 17-2 Filed 03/23/23 Page 22 of 29
Acquired: 04 Nov 2022   11:14     using Method: GCLowXH_MS01.M
Misc Info: AC-22-03, DEA365408                              Vial Number: 32
Sort Number: 238                                           Instrument: DEA365408



<span style="color:red">Exhibit 2D-15</span>



Number of sample scans:  8
Number of background scans:  8
Resolution:  4.000
Sample gain:  4.0
Optical velocity:  0.4747
Aperture:  150.00

Collection time: Wed Nov 09 10:48:39 2022 (GMT-08:00)
ID:   2022-SFL7-04516-1,1,1131855,263,1,1, blank
DEA#:   41321A
Laboratory: Western Laboratory

IR01

Exhibit 2D-16



Number of sample scans:  8
Number of background scans:  8
Resolution:  4.000
Sample gain:  4.0
Optical velocity:  0.4747
Aperture:  150.00

Collection time: Wed Nov 09 10:50:22 2022 (GMT-08:00)
ID:   2022-SFL7-04516-1,1,1131855,263,1,2, composite
DEA#:   41321A
Laboratory: Western Laboratory

IR01

Exhibit 2D-17

11/9/2022 2:35:54 PM
DEA41313A Western Laboratory

# Methamphetamine Purity Results

Operator:  Son Hoang
Date:  11/9/2022
Time:  2:35:29 PM


Method:  DEA 503/UV-Vis Spectroscopy

Shell Version:  062122

Instrument: Agilent Cary 60 UV/Vis Spectrophotometer
Configuration:  Multi-cell
Signal Averaging Time (SAT):  0.5 sec
Number of Replicates Averaged:  5

LIMS Number:  2022-SFL7-04516

Sample Information:  158.4 mg in 50 mL of DI water

| Sample ID | Abs Rd 1 | Abs Rd 2 | Abs Rd 3 | Abs Rd 4 | Abs Rd 5 | Ave. Abs@267 nm | % RSD | Conc(mg/mL) | Time Stamp |
|-----------|----------|----------|----------|----------|----------|------------------|-------|-------------|------------|
| QC Low | 0.7841 | 0.7938 | 0.7959 | 0.7977 | 0.7910 | 0.7925 | 0.67 | 1.866 | 2:35:31 PM |
| Blank | 0.0001 | 0.0001 | 0.0001 | -0.0000 | -0.0000 | 0.0000 | 140.00 | -0.105 | 2:35:37 PM |
| Sample | 1.2714 | 1.2760 | 1.2607 | 1.2691 | 1.2827 | 1.2720 | 0.64 | 3.058 | 2:35:44 PM |
| QC High | 1.8864 | 1.8954 | 1.8874 | 1.8912 | 1.9000 | 1.8921 | 0.30 | 4.601 | 2:35:50 PM |

Weight of Sample:  158.40  mg
Volume of Sample:  50.00  mL

Purity of Methamphetamine in Sample  =  96.54  %

Purity of Methamphetamine in Blank  =  -0.01  %

Concentration of Methamphetamine in QC Low  =  1.8616 mg/mL
Result of QC low  =  100.23  %

Concentration of Methamphetamine in QC High  =  4.6540 mg/mL
Result of QC high  =  98.85  %

DEA41313A Western Laboratory

Exhibit 2D-18

11/9/2022 2:35:54 PM
DEA41313A Western Laboratory



Calibration Date/Time:  9/22/2022    3:48:40 PM

Calibration Equation:  Y =  0.4021  * X  + 0.0422
Correlation Coefficient  =  0.9999

Number of Standards Used for Calibration = 3

Standard Concentration (mg/mL) Standard  1 =  1.464
Standard Read Average (abs) Standard 1 =  0.6237084

Standard Concentration (mg/mL) Standard  2 =  2.9279
Standard Read Average (abs) Standard 2 =  1.231992

Standard Concentration (mg/mL) Standard  3 =  4.8799
Standard Read Average (abs) Standard 3 =  1.999036

LIMS Number:  2022-SFL7-04516

DEA41313A Western Laboratory

Exhibit 2D-19

# Drug Enforcement Administration
# Weight Report



## Case Information

| | |
|---|---|
| Reference Material | Methamphetamine HCl |
| Lot Number/Inventory ID | 1527 |
| Solvent | water |
| Glassware UniqueID | CJ36831 |
| Flask Volume Selection | 25 mL |
| Date Prepared | 09/22/2022 |

## LabX Method Used

| | |
|---|---|
| Method Name: | Quant Standard |

## LabX  Task ID

| | |
|---|---|
| Task ID: | T83369 |

## Weighing Result

| Weighing Event: | Purity of Reference Material | Result | 98.60 % |
|---|---|---|---|
| Weighing Item Number: | | | |

| Weighing Event: | Weight of Standard | Result | 123.73 mg |
|---|---|---|---|
| Weighing Item Number: | | | |

| Weighing Event: | Final Concentration of Reference Material Solution (Corrected for Purity) | Result | 4.8799 mg/mL |
|---|---|---|---|
| Weighing Item Number: | | | |

## Balance Used

| | |
|---|---|
| Balance ID: | DEA 365291 |
| Balance Type: | XP205 |

Exhibit 2D-20

# Drug Enforcement Administration
# QC Solution Preparation Report



## Sample Information

| | |
|---|---|
| Date of High and Low Solution Preparation | 10/04/2022 |
| Prepared By: | Misa Mar |
| Quality Control (QC) Sample ID | QCMET01B1 |
| Target Analyte | Methamphetamine Hydrochloride |
| Solvent | Other |
| Solvent Used | DI Water |
| QC High Solution ID | QC High 5/25/22 |
| Total Volume of High QC Solution | 200 mL |
| QC Low Solution ID | QC Low 5/25/22 |
| Total Volume of Low QC Solution | 50 mL |
| Low QC Preparation Method | Serial Dilution |

## LabX Method Used

| | |
|---|---|
| Method Name: | QC Soln(SFL1) |

## LabX  Task ID

| | |
|---|---|
| Task ID: | T84188 |

## Weighing Result

| | | |
|---|---|---|
| Purity of QC Sample | Result | 98.07 % |
| Weight of High QC Sample | Result | 949.12 mg |
| Total High QC Solution Concentration | Result | 4.7456 mg/mL |
| Target Analyte Concentration for High QC Solution (Corrected for Purity) | Result | 4.6540 mg/mL |
| Serial Dilution Volume for Low QC Solution | Result | 20.00 mL |
| Total Low QC Solution Concentration | Result | 1.8982 mg/mL |
| Target Analyte Concentration for Low QC Solution (Corrected for Purity) | Result | 1.8616 mg/mL |

Exhibit 2D-21

# Drug Enforcement Administration
# QC Solution Preparation Report



## Balance Used

| | |
|---|---|
| Balance ID: | DEA 365291 |
| Balance Type: | XP205 |

Exhibit 2D-22