

Minh C. Nguyen                                    Senior Forensic Chemist
Department of Justice                             Western Laboratory
Drug Enforcement Administration                   Pleasanton, CA
Office of Forensic Sciences

# AREA OF EXPERTISE

**Forensic Discipline**

Conducts analysis of the controlled substances in drug evidence that was submitted by the law enforcement and serves as an expert witness in court.

**Expert Testimony**

Qualified and testified as an expert witness in federal court approximately 40 times.

March 2023, Denver, Colorado, KM-20-0020.

July 2021, Seattle, Washington, RL-18-0012.

February 2019, Denver, Colorado, MK-18-0070.

# PROFESSIONAL EXPERIENCE

**Drug Enforcement Administration**

*Senior Forensic Chemist, Western Laboratory, (Pleasanton, CA), 2002-Present*

- Analyze the controlled substances.
- Testify in court.
- Assist agents at the clandestine laboratory.
- Provide training to the law enforcement.

*Training*

- Advance Clandestine Laboratory - Site Safety Training, (Quantico, VA), 2016.
- Liquid Chromatography-Mass Spectrometry (LC-MS), (San Francisco, CA), 2008.
- Liquid Chromatrography, (Chicago, IL), 2008.
- Management Institute Training, (Quantico, VA), 2006.
- Basic Clandestine Laboratory School, (Quantico, VA), 2003.
- Basic Chemist School, (Quantico, VA), 2003.

# EDUCATION AND CERTIFICATIONS

**Degree Program(s)**

University of Minnesota Duluth, (Duluth, MN)

Master of Science in Organic Chemistry, 2000

Minor in Business Administration

Bachelor of Science in Chemistry, 1999

Minor in Mathematics

**PRESENTATIONS AND LECTURES**

- Presenter, Controlled Substances and Current OPIOIDS, FENTANYL CRISIS at University of Minnesota Duluth, Department of Chemistry, (Duluth, MN), 2018.
- Presenter, Fentanyl at San Jose Police Department, (San Jose, CA), 2018.
- Lecturer, Clandestine Lab Recertification at DEA Seattle Field Division, (Seattle, WA), 2017.
- Presenter, Forensic Chemist - Controlled Substances at University of Minnesota Duluth, Department of Chemistry, (Duluth, MN), 2011.
- Lecturer, training to Ministry Public Security Institute of Vietnam, (Hanoi, Vietnam), 2011.
- Presenter, An Unusual Compound Found in Cocaine Sample at CAC Meeting, (Oakland, CA), 2010.

**DISTINCTIONS**

| 2021 | Exceptional Performance and On-A-Spot. |
| 2018 | Academy Inductee, Swenson College of Science and Engineering, UMD. |
| 2017 | Exceptional Performance and On-A-Spot. |
| 2016 | Exceptional Performance and On-A-Spot. |
| 2015 | Exceptional Performance. |
| 2014 | Exceptional Performance. |
| 2013 | Exceptional Performance. |
| 2012 | Exceptional Performance. |
| 2011 | Exceptional Performance. |
| 2009 | Exceptional Performance. |
| 2008 | Exceptional Performance and On-A-Spot. |
| 2006 | Exceptional Performance and On-A-Spot. |
| 2003 | On-A-Spot. |



U.S. Department of Justice
Drug Enforcement Administration
Western Laboratory
6880 Koll Center Parkway
Pleasanton, CA 94566

*www.dea.gov*

TO:          Jennifer Clark
                  Assistant U. S. Attorney

FROM:       Minh C. Nguyen
                  Senior Forensic Chemist
                  DEA Western Laboratory

SUBJECT:  RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN
UNITED STATES v. v. Justin Jose Romo, CR 23-14-M-DWM
DEA LIMS Case Number(s): 2022-SFL7-04527

Date:  March 9, 2023

The following summary of testimony is provided as required by Federal Rule of Criminal
Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and
address only the exhibit(s) identified in this summary:

1.  My name is:  Minh C. Nguyen

2.  I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA),
    in the capacity of Senior Forensic Chemist, and was so employed when I conducted the
    examinations and analyses described below.  My qualifications to conduct the examinations
    and analyses, and to express an opinion as to the identity of the material contained in the
    exhibit(s) described below, are based on my knowledge, skill, experience, training, and
    education.  See my attached Curriculum Vitae for additional information regarding my
    qualifications, including previous testimony offered in the last four years and any
    publications authored in the last ten years.

3.  The opinions described below are based on the following chemical, physical, and
    instrumental analyses, the results generated by those analyses, and my interpretation of those
    results set forth in the forthcoming Laboratory Report and analyst notes.

SUBJECT: RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN
UNITED STATES v. v. Justin Jose Romo, CR 23-14-M-DWM
DEA LIMS CASE NUMBER(S): 2022-SFL7-04527

The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis.  These are generally available at:

https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request.

4.  I analyzed the material contained in the exhibits which were submitted for analysis in the above referenced case number(s).  My conclusions are included as part of forthcoming forensic laboratory reports and analyst notes.

5.  The material referred to herein as exhibit #4, as represented in the forensic laboratory reports and accompanying case file, has been identified as follows:

    a.  Substance(s) identified:  Fentanyl, methamphetamine, acetaminophen and phenacetin*
    b.  Net weight:  32.2 g ± 0.2 g **
    c.  Purity of Fentanyl and Methamphetamine:  N/A
    d.  A statistical sampling approach based on the probability theory of the hypergeometric distribution was used.

The above opinion is based on the following physical, chemical, and instrumental analyses:
    i.  Gas chromatography.
    ii.  Gas chromatography with mass spectrometry (GC-MS).
    iii.  Immunoassay Test.

The analytical methods used in the above analyses are validated and verified according to our quality assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community.  Summaries of instrumental methods are available at:

https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596

*Fentanyl identified in 9 units tested of 299 units received indicating, to at least a 95% level of confidence, that at least 70% of the units in the population contain the substance(s). Methamphetamine also identified in 1 of the 9 units tested. Acetaminophen and phenacetin also identified in the exhibit.
**The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

SUBJECT: RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN
UNITED STATES v. v. Justin Jose Romo, CR 23-14-M-DWM
DEA LIMS CASE NUMBER(S): 2022-SFL7-04527


Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I approve the foregoing disclosure.

MINHCHAU NGUYEN  Digitally signed by MINHCHAU
NGUYEN
Date: 2023.03.09 15:18:34 -08'00'                    Date: 3/9/2023

_____

Minh C. Nguyen, DEA Senior Forensic Chemist


STEVEN ALIYETTI  Digitally signed by STEVEN
ALIYETTI
Date: 2023.03.09 15:35:00 -08'00'

APPROVED: _____

Steven L. Aliyetti, Supervisory Chemist        Date: 3/9/2023


Attachment



**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

HSI - Kalispell
2 Main Street, Suite 206
Kalispell, MT 59901

**Case Number:** 2022332400005801
**LIMS Number:** 2022-SFL7-04527

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|------------------------|------------|------------------|----------------------|
| 4 | N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl) | 32.2 g ± 0.2 g | ---- | ---- |
| 4 | Methamphetamine | | ---- | ---- |
| 4 | Acetaminophen | | ---- | ---- |
| 4 | Phenacetin | | ---- | ---- |

**Remarks:**
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Total dosage unit count = 299 tablets (net); 236 tablets (reserve)

### Exhibit Details:

**Date Accepted by Laboratory:** 09/07/2022   **Gross Weight:** 47.4 g   **Date Received by Examiner:** 12/01/2022

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 4 | 299 | Plastic Bag | Tablet | 25.4 g |

**Remarks:**
5.3 grams removed for special program.

### Exhibit Analysis:

**Sampling:**

Fentanyl identified in 9 units tested of 299 units received indicating, to at least a 95% level of confidence, that at least 70% of the units in the population contain the substance(s). Methamphetamine also identified in 1 of the 9 units tested. Acetaminophen and phenacetin also identified in the exhibit.

| Exhibit | Summary of Test(s) |
|---------|--------------------|
| 4 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Immunoassay Test |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Minh Chau L. Nguyen, Senior Forensic Chemist   **Date:** 12/08/2022
**Approved By:** /S/ Steven L. Aliyetti, Supervisory Chemist   **Date:** 12/08/2022

104   Exhibit 3C-1

# Case Details Report

**» I.A. Case #:  REDACTED / LIMS Case #:  2022-SFL7-04527**

**Investigating Agency:  HSI - Kalispell**

**# of I.A. Exhibits: 1**                              **# of Lab Exhibits: 2**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 4 | 4 | 5 clear plastic bags, each contains various blue colors (blue and blue-green), round shape with M 30 tablets. | SSEE (2162312) |

| Summary of Findings | | | | | Analyst: MLNGUYEN (2022.12.07) |
|---|---|---|---|---|---|

| Findings | | | | | |
|---|---|---|---|---|---|

| Exhibit | Gross Wt | Net Wt (Reported) | Net Wt | Reserve Wt | Retained Wt |
|---|---|---|---|---|---|
| 4 | 47.4 g | 32.2 g ± 0.2 g | 32.2 g ± 0.24061 g | 25.4 g | |

| Constituent | Purity | APD (Reported) | APD |
|---|---|---|---|
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl) | | | |
| Methamphetamine | | | |
| Acetaminophen | | | |
| Phenacetin | | | |

| Gross Weight | |
|---|---|
| **Equipment : DEA 365222** | Analyst: MLNGUYEN (2022.12.07) |
| Gross Weight (Reported) | 45.5 g |
| Gross Weight (Actual) | 47.44 g |
| Gross Weight (delta) | 1.94 g |
| Gross Weight (delta %) | 4.089 % |
| Weight Discrepancy | No |
| Remarks | No Remarks |

| Description of Evidence | |
|---|---|
| | Analyst: MLNGUYEN (2022.12.07) |
| Seals | Intact |
| Date Opened | 2022-12-01 |
| Description | One SSEE enclosing 5 clear plastic bags, each contains various blue colors (blue and blue-green), round shape with M 30 tablets. Note: total tablets counted: 299 |
| Consistent With Paperwork? | No |
| Discrepancy Witness | JJFARIAS |
| Remarks | DEA-7 doesn't mention various blue colors and total 299 tablets. Note: Reopened on 12/07/2022 for GCFID tested. |

| Net Weight | |
|---|---|
| **Equipment : DEA 365222** | Analyst: MLNGUYEN (2022.12.07) |
| Residue | No |
| Type of Weighing | Direct Weighing |
| Net Weight | 32.2 g |
| Net Weight Uncertainty | 0.2 g |
| Remarks | net weight: full to empty; 299 total tablets counted. |
| Use Legacy Calculator | No |

Exhibit 3D-1

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 4 | 4 | 5 clear plastic bags, each contains various blue colors (blue and blue-green), round shape with M 30 tablets. | SSEE (2162312) |

## Description of Exhibit and Sampling
**Analyst: MLNGUYEN (2022.12.07)**

| | |
|---|---|
| Number of Packages | 5 unit |
| Number of Units | 299 unit |
| Package Type | Plastic Bag |
| Logo/Impression | No |
| Gross Form | Tablet |
| Top Logo | M |
| Bottom Logo | 30 |
| Tablet Shape | Round |
| Tablet Color | Various colors per container |
| Dry/Moist | N/A |
| Exemplar | No |
| Number of Units Tested | 9 unit |
| Sampling Procedure | Screened 9 of 299 units (selected using Lottery Method A) by immunoassay and GC-MS. |
| Deviation from Sampling Plan | No |
| Remarks | No Remarks |

## GC-MS Analysis : Run # 1 - Set # 1 blank
## Equipment :  DEA 365172
**Analyst: MLNGUYEN (2022.12.08)**

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Type | Instrumental/Solvent |
| Negative Control Result | Pass |
| Solvent | CH2Cl2 base extracted with NaHCO3 solution |
| Remarks | blank clean; blank applies for 9 samples. |

## GC-MS Analysis : Run # 1 - Set # 2 tablet 1
## Equipment :  DEA 365172
**Analyst: MLNGUYEN (2022.12.08)**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | base extracted with NaHCO3 solution/CH2Cl2 |
| Retention Time Matching | No |
| Remarks | >baseline checked; suspected tablet binders and by-product are also indicated. <br> >dipyrone is also indicated; not pursue. |

### Spectral Result

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | retention time consistent with standard |
| Acetaminophen | retention time consistent with standard |
| Dipyrone | indicated; ID not pursued |

Exhibit 3D-2

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 4 | 4 | 5 clear plastic bags, each contains various blue colors (blue and blue-green), round shape with M 30 tablets. | SSEE (2162312) |

**GC-MS Analysis : Run # 1 - Set # 3 tablet 2**                                                                     Analyst: MLNGUYEN (2022.12.08)
**Equipment :  DEA 365172**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | base extracted with NaHCO3 solution/CH2Cl2 |
| Retention Time Matching | No |
| Remarks | >baseline checked; suspected tablet binders and by-product are also indicated. >dipyrone is also indicated; not pursue. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | retention time consistent with standard |

**GC-MS Analysis : Run # 1 - Set # 4 tablet 3**                                                                     Analyst: MLNGUYEN (2022.12.08)
**Equipment :  DEA 365172**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | base extracted with NaHCO3 solution/CH2Cl2 |
| Retention Time Matching | No |
| Remarks | >baseline checked; suspected tablet binders and by-product are also indicated. >dipyrone is also indicated; not pursue. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | retention time consistent with standard |

**GC-MS Analysis : Run # 1 - Set # 5 tablet 4**                                                                     Analyst: MLNGUYEN (2022.12.08)
**Equipment :  DEA 365172**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | base extracted with NaHCO3 solution/CH2Cl2 |
| Retention Time Matching | No |
| Remarks | >baseline checked; suspected tablet binders and by-product are also indicated. >dipyrone is also indicated; not pursue. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | retention time consistent with standard |

Exhibit 3D-3

**» I.A. Case #:   REDACTED / LIMS Case #:  2022-SFL7-04527**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 4 | 4 | 5 clear plastic bags, each contains various blue colors (blue and blue-green), round shape with M 30 tablets. | SSEE (2162312) |

**GC-MS Analysis : Run # 1 - Set # 6 tablet 5**                          Analyst: MLNGUYEN (2022.12.08)
**Equipment :  DEA 365172**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | base extracted with NaHCO3 solution/CH2Cl2 |
| Retention Time Matching | No |
| Remarks | >baseline checked; suspected tablet binders and by-product are also indicated. |
| | >dipyrone is also indicated; not pursue. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | retention time consistent with standard |


**GC-MS Analysis : Run # 1 - Set # 7 tablet 6**                          Analyst: MLNGUYEN (2022.12.08)
**Equipment :  DEA 365172**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | base extracted with NaHCO3 solution/CH2Cl2 |
| Retention Time Matching | No |
| Remarks | >baseline checked; suspected tablet binders and by-product are also indicated. |
| | >dipyrone is also indicated; not pursue. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | retention time consistent with standard |


**GC-MS Analysis : Run # 1 - Set # 8 tablet 7**                          Analyst: MLNGUYEN (2022.12.08)
**Equipment :  DEA 365172**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | base extracted with NaHCO3 solution/CH2Cl2 |
| Retention Time Matching | No |
| Remarks | >baseline checked; suspected tablet binders and by-product are also indicated. |
| | >dipyrone is also indicated; not pursue. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | retention time consistent with standard |

Exhibit 3D-4

**» I.A. Case #:  REDACTED / LIMS Case #:  2022-SFL7-04527**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 4 | 4 | 5 clear plastic bags, each contains various blue colors (blue and blue-green), round shape with M 30 tablets. | SSEE (2162312) |

**GC-MS Analysis : Run # 1 - Set # 9 tablet 8**                                   Analyst: MLNGUYEN (2022.12.08)
**Equipment :  DEA 365172**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | base extracted with NaHCO3 solution/CH2Cl2 |
| Retention Time Matching | No |
| Remarks | >baseline checked; suspected tablet binders and by-product are also indicated.<br>>dipyrone is also indicated; not pursue. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | retention time consistent with standard |

**GC-MS Analysis : Run # 1 - Set # 10 tablet 9**                                   Analyst: MLNGUYEN (2022.12.08)
**Equipment :  DEA 365172**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | base extracted with NaHCO3 solution/CH2Cl2 |
| Retention Time Matching | No |
| Remarks | >baseline checked; suspected tablet binders and by-product are also indicated.<br>>weak signal of suspected methamphetamine is also indicated; not pursue.<br>>dipyrone is also indicated; not pursue. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Phenacetin | retention time consistent with standard |
| Methamphetamine, Isomer & Salt Undetermined | retention time consistent with standad |
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | retention time consistent with standard |

**GC-MS Analysis : Run # 1 - Set # 11 fentanyl standard**                          Analyst: MLNGUYEN (2022.12.08)
**Equipment :  DEA 365172**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | base extracted with NaHCO3 solution/CH2Cl2 |
| Retention Time Matching | No |
| Remarks | fentanyl standard |

**Spectral Result**

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | --- |

Exhibit 3D-5

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 4 | 4 | 5 clear plastic bags, each contains various blue colors (blue and blue-green), round shape with M 30 tablets. | SSEE (2162312) |

**GC-MS Analysis : Run # 1 - Set # 12 acetaminophen standard**  Analyst: MLNGUYEN (2022.12.08)
**Equipment : DEA 365172**

| Negative Control Run | No |
|---|---|
| Sample Weighed | No |
| Solvent | base extracted with NaHCO3 solution/CH2Cl2 |
| Retention Time Matching | No |
| Remarks | acetaminophen standard |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Acetaminophen | --- |

**GC-MS Analysis : Run # 1 - Set # 13 phenacetin standard**  Analyst: MLNGUYEN (2022.12.08)
**Equipment : DEA 365172**

| Negative Control Run | No |
|---|---|
| Sample Weighed | No |
| Solvent | base extracted with NaHCO3 solution/CH2Cl2 |
| Retention Time Matching | No |
| Remarks | phenacetin standard |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Phenacetin | --- |

**GC-MS Analysis : Run # 1 - Set # 14 meth standard**  Analyst: MLNGUYEN (2022.12.08)
**Equipment : DEA 365172**

| Negative Control Run | No |
|---|---|
| Sample Weighed | No |
| Solvent | base extracted with NaHCO3 solution/CH2Cl2 |
| Retention Time Matching | No |
| Remarks | AC-22-03 |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Methamphetamine, Isomer & Salt Undetermined | --- |

**GC Analysis : Run # 1 - Set # 1 blank**  Analyst: MLNGUYEN (2022.12.08)
**Equipment : DEA 365339**

| Negative Control Run | Yes |
|---|---|
| Negative Control Type | Instrumental/Solvent |
| Negative Control Result | Pass |
| Solvent | CH2Cl2 base extracted with NaHCO3 solution |
| Remarks | blank clean |

Exhibit 3D-6

**» I.A. Case #:  REDACTED / LIMS Case #:  2022-SFL7-04527**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 4 | 4 | 5 clear plastic bags, each contains various blue colors (blue and blue-green), round shape with M 30 tablets. | SSEE (2162312) |

**GC Analysis : Run # 1 - Set # 2 sample**                                      Analyst: MLNGUYEN (2022.12.08)
**Equipment :  DEA 365339**

| Negative Control Run | No |
|---|---|
| Sample Weighed | No |
| Solvent | base extracted with NaHCO3 solution/CH2Cl2 |
| Remarks | baseline checked; Only use GCFID run to confirm the present of methamphetamine in a tablet. |

**Chromatographic Result**

| Constituent | RT | Std RT | RT Match | Area | Comments |
|---|---|---|---|---|---|
| methamphetamine | 0.682 | 0.681 | Y | 4.512 | --- |

**GC Analysis : Run # 1 - Set # 3 meth standard**                              Analyst: MLNGUYEN (2022.12.08)
**Equipment :  DEA 365339**

| Negative Control Run | No |
|---|---|
| Sample Weighed | No |
| Solvent | base extracted with NaOH solution/CH2Cl2 |
| Remarks | AC-22-03 |

**Chromatographic Result**

| Constituent | RT | Std RT | RT Match | Area | Comments |
|---|---|---|---|---|---|
| methamphetamine | 0.681 | 0.000 | N | 585.615 | --- |

**Immunoassay Test : Run # 1 - Set # 1 blank**                                  Analyst: MLNGUYEN (2022.12.07)

| Negative Control Run | Yes |
|---|---|
| Negative Control Result | Pass |
| Immunoassay Type | Fentanyl Immunoassay Test Strips |
| Lot Number | B2112007 |
| Remarks | blank clean; blank applies for 9 tablets. |

**Immunoassay Test : Run # 1 - Set # 2 tablets 1 - 9**                          Analyst: MLNGUYEN (2022.12.07)

| Negative Control Run | No |
|---|---|
| Immunoassay Type | Fentanyl Immunoassay Test Strips |
| Lot Number | B2112007 |
| Applicable Units | 1 to 9 |
| Result | Positive |
| Remarks | results applied for 9 tablets tested. |

**Immunoassay Test : Run # 1 - Set # 3 fentanyl standard**                      Analyst: MLNGUYEN (2022.12.07)

| Negative Control Run | No |
|---|---|
| Immunoassay Type | Fentanyl Immunoassay Test Strips |
| Lot Number | B2112007 |
| Applicable Units | fentanyl standard 498 |
| Result | Positive |
| Remarks | No Remarks |

Exhibit 3D-7

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 4 | 4 | 5 clear plastic bags, each contains various blue colors (blue and blue-green), round shape with M 30 tablets. | SSEE (2162312) |

**Reserve Weight**
**Equipment :  DEA 365222**                                                          Analyst: MLNGUYEN (2022.12.07)

| | |
|---|---|
| Residue? | No |
| Type of Calculation | Calculate Dosage Unit |
| Reserve Weight | 25.43 g |
| Reserve Dosage Units | 236.1 unit |
| Remarks | New reserve weight: reserve net F with previous wt after GCFID tested. |

**Description of Reserve Evidence**                                                   Analyst: MLNGUYEN (2022.12.07)

| | |
|---|---|
| Description | Sample placed in 3 new ziplock bags; empty package placed in a new ziplock bag. All placed in an original SSEE. |
| Date Sealed | 2022-12-06 |
| Remarks | No Remarks |

**Gross Weight After Analysis**
**Equipment :  DEA 365222**                                                          Analyst: MLNGUYEN (2022.12.07)

| | |
|---|---|
| Gross Weight After Analysis | 54.07 g |
| Remarks | New GWAA after GCFID tested. |

**Exemplar Weight Removed**                                                           Analyst: MLNGUYEN (2022.12.07)

| | |
|---|---|
| Amount of Exemplar Removed | 5.3788 g |
| Remarks | 50 tablets. |

Exhibit 3D-8

» I.A. Case #:   REDACTED / LIMS Case #:  2022-SFL7-04527

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|-----------|----------|------------------------|-----------|
| 4 | 4 | FPP | HSEE (2214592) |

**Description of Reserve Evidence**                                    Analyst: MLNGUYEN (2022.12.06)

| Description | Sample (50 tablets) placed in a new glass vial, a new plastic bottle, and a new HSEE. |
|-------------|---------------------------------------------------------------------------------------|
| Date Sealed | 2022-12-06 |
| Remarks | No Remarks |

**Gross Weight - SP/LP**                                              Analyst: MLNGUYEN (2022.12.06)
**Equipment :  DEA 365222**

| Gross Weight | 69.16 g |
|--------------|---------|
| Remarks | No Remarks |

**Other SP Sample Weight**                                           Analyst: MLNGUYEN (2022.12.06)
**Equipment :  DEA 365078**

| Number of Samples | 1 |
|-------------------|---|
| Other SP Total Sample Weight | 5.3788 g |
| Other SP Average Sample Weight | 5.3788 g |
| Remarks | 50 tablets |

Exhibit 3D-9

Case Number: ███████████
LIMS Case Number: 2022-SFL7-04527
DEA-7 Exhibit Number: 4
Lab Exhibit Number: 4

# DEA Uncertainty Calculator Worksheet

## *Direct Net Weight*

| | | | |
|---|---|---|---|
| **Chemist:** | **MLNGUYEN** | **LIMS #:** | **2022-SFL7-04527** |
| **Date:** | **12/1/2022** | **Laboratory:** | **Western** |
| **Ordno:** | **1132190** | **Lab Exhibit #:** | **4** |

### *Direct Weight Measurements*

| TaskID | Balance # | Weight (Full) (g) | Weight (Empty) (g) |
|---|---|---|---|
| T74462 | DEA 365222 | | 2.71 |
| T74462 | DEA 365222 | 34.91 | |

| | | |
|---|---|---|
| | **Total Net Weight (g):** | **32.20** |

### *Uncertainty Factors*

| Balance (g) | # Events | u(mass)(g) | u(w)(g) |
|---|---|---|---|
| 0.01 | 2 | 0.060152 | 0.12030 |

| | |
|---|---|
| **Combined Uncertainty u(w):** | **0.12030** |
| **Expanded Uncertainty U *(k = 2)* (g):** | **0.24061** |

| Unit Count: | 299 | Avg Net Wt/Unit (g): | 0.10769 **+/-** | 0.00080 |
|---|---|---|---|---|

### *Net Weight Results*

| | | | | | |
|---|---|---|---|---|---|
| **Net Weight:** | 32.20000 **+/-** | 0.24061 g | **Relative U%** | | |
| **Report:** | 32.2 **+/-** | 0.2 g | 0.75 | | |

```
ID: 2022-SFL7-04527-1,4,1132190,601,1,1
Name of File: C:\...\DATA\...\mn1.D
Acquired:  1 Dec 2022  17:37    using Method: GCLOWX_MS01.M
Misc Info: CH2Cl2 base extracted with NaHCO3 solution

                                              Vial Number: 11
                                              Instrument: DEA# 365172
```



```
INSTRUMENT CONDITIONS
  Temp.:     75°C for 0.5 min
             then 40°C/min to 175°C for 0.5 min
             then 30°C/min to 300°C for 2.34 min
             Total Run Time: 10.007 min
  Inj. port: 280°C, Split 60:1, Inj. Volume: 1 µL, transfer line: 280°C
  GC column: DB-5ms: 15m x 250µm x 0.25µm film thickness
  Flow Ramp: 1.7 mL/min for 3.5 min then 10 mL/min per min to 2.5 mL/min
  for 2.34 min

ID: 2022-SFL7-04527-1,4,1132190,601,1,1
Misc Info: CH2Cl2 base extracted with NaHCO3 solution
Date:  1 Dec 2022  17:37
```

Exhibit 3D-12

ID: 2022-SFL7-04527-1,4,1132190,601,1,1
Name of File: mn1.D
Acquired:  1 Dec 2022  17:37   using Method: GCLOWX_MS01.M
Misc Info: CH2Cl2 base extracted with NaHCO3 solution
Sort Number: 879

Vial Number: 11
Instrument: DEA# 365172



ID: 2022-SFL7-04527-1,4,1132190,601,1,1
Misc Info: CH2Cl2 base extracted with NaHCO3 solution
Date:  1 Dec 2022  17:37

Exhibit 3D-13

ID: 2022-SFL7-04527-1,4,1132190,601,1,2
Name of File: Case 9:23-cr-00014-DWM   Document 17-3   Filed 03/23/23   Page 20 of 58
Acquired:  1 Dec 2022  17:50    using Method: GCLOWX_MS01.M
Misc Info: base extracted with NaHCO3 solution/CH2Cl2
Vial Number: 12
Instrument: DEA# 365172



INSTRUMENT CONDITIONS
    Temp.:     75°C for 0.5 min
               then 40°C/min to 175°C for 0.5 min
               then 30°C/min to 300°C for 2.34 min
               Total Run Time: 10.007 min
    Inj. port:  280°C, Split 60:1, Inj. Volume: 1 µL, transfer line: 280°C
    GC column: DB-5ms: 15m x 250µm x 0.25µm film thickness
    Flow Ramp: 1.7 mL/min for 3.5 min then 10 mL/min per min to 2.5 mL/min
    for 2.34 min

Exhibit 3D-14

ID: 2022-SFL7-04527-1,4,1132190,601,1,2
Name of File: C:\2022 DRUGS\...\mn2.D
Acquired:  1 Dec 2022  17:50    using Method: GCLOWX_MS01.M
Misc Info: base extracted with NaHCO3 solution/CH2Cl2
Sort Number: 138

Vial Number: 12
Instrument: DEA# 365172



ID: 2022-SFL7-04527-1,4,1132190,601,1,2
Misc Info: base extracted with NaHCO3 solution/CH2Cl2
Date:  1 Dec 2022  17:50

Library Name: S:\MS libraries\COMBO2019.L

Exhibit 3D-15

ID: 2022-SFL7-04527-1,4,1132190,601,1,2
Name of File: Case 9:23-cr-00014-DWM   Document 17-3   Filed 03/23/23   Page 22 of 58
Acquired: 1 Dec 2022  17:50    using Method: GCLOWX_MS01.M
Misc Info: base extracted with NaHCO3 solution/CH2Cl2                    Vial Number: 12
Sort Number: 138                                                        Instrument: DEA# 365172



ID: 2022-SFL7-04527-1,4,1132190,601,1,2
Name of File: Case 9:23-cr-00014-DWM Document 17-3   Filed 03/23/23   Page 23 of 58
Acquired: 1 Dec 2022 17:50     using Method: GCLOWX_MS01.M
Misc Info: base extracted with NaHCO3 solution/CH2Cl2              Vial Number: 12
Sort Number: 582                                                   Instrument: DEA# 365172



ID: 2022-SFL7-04527-1,4,1132190,601,1,2
Name of File: Case 9:23-cr-00014-DWM  Document 17-3   Filed 03/23/23   Page 24 of 58
Acquired:  1 Dec 2022  17:50   using Method: GCLOWX_MS01.M
Misc Info: base extracted with NaHCO3 solution/CH2Cl2                    Vial Number: 12
Sort Number: 802                                                        Instrument: DEA# 365172



ID: 2022-SFL7-04527-1,4,1132190,601,1,2
Name of File: Case 9:23-cr-00014-DWM  Document 17-3   Filed 03/23/23   Page 25 of 58
Acquired:  1 Dec 2022  17:50    using Method: GCLOWX_MS01.M
Misc Info: base extracted with NaHCO3 solution/CH2Cl2                    Vial Number: 12
Sort Number: 802                                                        Instrument: DEA# 365172



ID: 2022-SFL7-04527-1,4,1132190,601,1,2
Name of File: Case 9:23-cr-00014-DWM  Document 17-3   Filed 03/23/23   Page 26 of 58
Acquired:  1 Dec 2022  17:50    using Method: GCLOWX_MS01.M
Misc Info: base extracted with NaHCO3 solution/CH2Cl2          Vial Number: 12
Sort Number: 1079                                              Instrument: DEA# 365172



ID: 2022-SFL7-04527-1,4,1132190,601,1,2
Name of File: Case 9:23-cr-00014-DWM   Document 17-3   Filed 03/23/23   Page 27 of 58
Acquired:  1 Dec 2022  17:50   using Method: GCLOWX_MS01.M
Misc Info: base extracted with NaHCO3 solution/CH2Cl2
Sort Number: 1079

Vial Number: 12
Instrument: DEA# 365172

Exhibit 3D-21

ID: 2022-SFL7-04527-1,4,1132190,601,1,2
Name of File: Case 9:23-cr-00014-DWM Document 17-3  Filed 03/23/23  Page 28 of 58
Acquired:  1 Dec 2022  17:50    using Method: GCLOWX_MS01.M
Misc Info: base extracted with NaHCO3 solution/CH2Cl2                    Vial Number: 12
Sort Number: 1212                                                       Instrument: DEA# 365172





ID: 2022-SFL7-04527-1,4,1132190,601,1,3
Name of File: Case 9:23-cr-00014-DWM Document 17-3 Filed 03/23/23 Page 29 of 58
Acquired: 1 Dec 2022 18:04 using Method: GCLOWX_MS01.M
Misc Info: base extracted with NaHCO3 solution/CH2Cl2
Sort Number: 1212
Vial Number: 13
Instrument: DEA# 365172

ID: 2022-SFL7-04527-1,4,1132190,601,1,3
Misc Info: base extracted with NaHCO3 solution/CH2Cl2
Date: 1 Dec 2022 18:04

Exhibit 3D-23

ID: 2022-SFL7-04527-1,4,1132190,601,1,4
Name of File: Case 9:23-cr-00014-DWM  Document 17-3   Filed 03/23/23   Page 30 of 58
Acquired:  1 Dec 2022  18:18    using Method: GCLOWX_MS01.M
Misc Info: base extracted with NaHCO3 solution/CH2Cl2                    Vial Number: 14
Sort Number: 1213                                                       Instrument: DEA# 365172



ID: 2022-SFL7-04527-1,4,1132190,601,1,5
Name of File: Case 9:23-cr-00014-DWM   Document 17-3   Filed 03/23/23   Page 31 of 58
Acquired:  1 Dec 2022  18:32    using Method: GCLOWX_MS01.M
Misc Info: base extracted with NaHCO3 solution/CH2Cl2          Vial Number: 15
Sort Number: 1213                                              Instrument: DEA# 365172



ID: 2022-SFL7-04527-1,4,1132190,601,1,6
Name of File: Case 9:23-cr-00014-DWM  Document 17-3  Filed 03/23/23  Page 32 of 58
Acquired: 1 Dec 2022  18:45    using Method: GCLOWX_MS01.M
Misc Info: base extracted with NaHCO3 solution/CH2Cl2                    Vial Number: 16
Sort Number: 1214                                                        Instrument: DEA# 365172



ID: 2022-SFL7-04527-1,4,1132190,601,1,7
Name of File: Case 9:23-cr-00014-DWM   Document 17-3   Filed 03/23/23   Page 33 of 58
Acquired: 1 Dec 2022  18:59    using Method: GCLOWX_MS01.M
Misc Info: base extracted with NaHCO3 solution/CH2Cl2                    Vial Number: 17
Sort Number: 1213                                                       Instrument: DEA# 365172



ID: 2022-SFL7-04527-1,4,1132190,601,1,8
Name of File: Case 9:23-cr-00014-DWM Document 17-3 Filed 03/23/23 Page 34 of 58
Acquired: 1 Dec 2022 19:13 using Method: GCLOWX_MS01.M
Misc Info: base extracted with NaHCO3 solution/CH2Cl2                    Vial Number: 18
Sort Number: 1213                                                       Instrument: DEA# 365172



ID: 2022-SFL7-04527-1,4,1132190,601,1,9
Name of File: Case 9:23-cr-00014-DWM   Document 17-3   Filed 03/23/23   Page 35 of 58
Acquired:  1 Dec 2022  19:26    using Method: GCLOWX_MS01.M
Misc Info: base extracted with NaHCO3 solution/CH2Cl2                    Vial Number: 19
Sort Number: 1213                                                       Instrument: DEA# 365172



ID: 2022-SFL7-04527-1,4,1132190,601,1,10
Name of File: Case 9:23-cr-00014-DWM  Document 17-3   Filed 03/23/23   Page 36 of 58
Acquired:  1 Dec 2022  19:40    using Method: GCLOWX_MS01.M
Misc Info: base extracted with NaHCO3 solution/CH2Cl2                    Vial Number: 20
Sort Number: 256                                                        Instrument: DEA# 365172



ID: 2022-SFL7-04527-1,4,1132190,601,1,10
Name of File: mn10.D\data.ms
Acquired:  1 Dec 2022  19:40    using Method: GCLOWX_MS01.M
Misc Info: base extracted with NaHCO3 solution/CH2Cl2
Sort Number: 619

Vial Number: 20
Instrument: DEA# 365172



ID: 2022-SFL7-04527-1,4,1132190,601,1,10
Misc Info: base extracted with NaHCO3 solution/CH2Cl2
Date:  1 Dec 2022  19:40

Exhibit 3D-31

ID: 2022-SFL7-04527-1,4,1132190,601,1,10
Name of File: Case 9:23-cr-00014-DWM   Document 17-3   Filed 03/23/23   Page 38 of 58
Acquired:  1 Dec 2022  19:40    using Method: GCLOWX_MS01.M
Misc Info: base extracted with NaHCO3 solution/CH2Cl2                    Vial Number: 20
Sort Number: 1214                                                       Instrument: DEA# 365172



ID: 2022-SFL7-04527-1,4,1132190,601,1,11

Acquired:  1 Dec 2022  20:22     using Method: GCLOWX_MS01.M
Misc Info: fentanyl (1403) + APAP (1240.1)

Vial Number: 22
Instrument: DEA# 365172



INSTRUMENT CONDITIONS
   Temp.:     75°C for 0.5 min
              then 40°C/min to 175°C for 0.5 min
              then 30°C/min to 300°C for 2.34 min
              Total Run Time: 10.007 min
   Inj. port:  280°C, Split 60:1, Inj. Volume: 1 µL, transfer line: 280°C
   GC column: DB-5ms: 15m x 250µm x 0.25µm film thickness
   Flow Ramp: 1.7 mL/min for 3.5 min then 10 mL/min per min to 2.5 mL/min
   for 2.34 min

ID: 2022-SFL7-04527-1,4,1132190,601,1,11
Misc Info: fentanyl (1403) + APAP (1240.1)
Date:  1 Dec 2022  20:22

Exhibit 3D-33

ID: 2022-SFL7-04527-1,4,1132190,601,1,11
Name of File: Case 9:23-cr-00014-DWM Document 17-3 Filed 03/23/23 Page 40 of 58
Acquired: 1 Dec 2022 20:22 using Method: GCLOWX_MS01.M
Misc Info: fentanyl (1403) + APAP (1240.1)
Sort Number: 582

Vial Number: 22
Instrument: DEA# 365172



Exhibit 3D-34

ID: 2022-SFL7-04527-1,4,1132190,601,1,12
Name of File: C:\MSDCHEM\...\2022-SFL7-04527-1-4-1132190-601.D
Acquired:  1 Dec 2022  20:22    using Method: GCLOWX_MS01.M
Misc Info: fentanyl (1403) + APAP (1240.1)

Vial Number: 22
Instrument: DEA# 365172



INSTRUMENT CONDITIONS
  Temp.:    75°C for 0.5 min
            then 40°C/min to 175°C for 0.5 min
            then 30°C/min to 300°C for 2.34 min
            Total Run Time: 10.007 min
  Inj. port:  280°C, Split 60:1, Inj. Volume: 1 µL, transfer line: 280°C
  GC column: DB-5ms: 15m x 250µm x 0.25µm film thickness
  Flow Ramp: 1.7 mL/min for 3.5 min then 10 mL/min per min to 2.5 mL/min
  for 2.34 min

ID: 2022-SFL7-04527-1,4,1132190,601,1,12
Misc Info: fentanyl (1403) + APAP (1240.1)
Date:  1 Dec 2022  20:22

Exhibit 3D-35



ID: 2022-SFL7-04527-1,4,1132190,601,1,13
Name of File: Case 9:23-cr-00014-DWM Document 17-3 Filed 03/23/23   Page 43 of 58
Acquired:  1 Dec 2022  20:49   using Method: GCLOWX_MS01.M
Misc Info: phenacetin standard 1146                    Vial Number: 23
                                                       Instrument: DEA# 365172



INSTRUMENT CONDITIONS
   Temp.:     75°C for 0.5 min
              then 40°C/min to 175°C for 0.5 min
              then 30°C/min to 300°C for 2.34 min
              Total Run Time: 10.007 min
   Inj. port:  280°C, Split 60:1, Inj. Volume: 1 µL, transfer line: 280°C
   GC column: DB-5ms: 15m x 250µm x 0.25µm film thickness
   Flow Ramp: 1.7 mL/min for 3.5 min then 10 mL/min per min to 2.5 mL/min
   for 2.34 min

ID: 2022-SFL7-04527-1,4,1132190,601,1,13
Misc Info: phenacetin standard 1146                    Exhibit 3D-37
Date:  1 Dec 2022  20:49

ID: 2022-SFL7-04527-1,4,1132190,601,1,13
Name of File: Case 9:23-cr-00014-DWM   Document 17-3   Filed 03/23/23   Page 44 of 58
Acquired:  1 Dec 2022  20:49   using Method: GCLOWX_MS01.M
Misc Info: phenacetin standard 1146
Sort Number: 256

Vial Number: 23
Instrument: DEA# 365172



TIC: phenacetin.D\data.ms

Average of 3.880 to 3.896 min.: phenacetin.D\data.ms (-)

Exhibit 3D-38

ID: 2022-SFL7-04527-1,4,1132190,601,1,14
Name of File: Case 9:23-cr-00014-DWM Document 17-3 Filed 03/23/23 Page 45 of 58
Acquired: 8 Nov 2022 10:50 using Method: GCLOWX_MS01.M
Misc Info: AC-22-03, DEA365172
Vial Number: 142
Instrument: DEA# 365172



INSTRUMENT CONDITIONS
    Temp.:    75°C for 0.5 min
              then 40°C/min to 175°C for 0.5 min
              then 30°C/min to 300°C for 2.34 min
              Total Run Time: 10.007 min
    Inj. port: 280°C, Split 60:1, Inj. Volume: 1 µL, transfer line: 280°C
    GC column: DB-5ms: 15m x 250µm x 0.25µm film thickness
    Flow Ramp: 1.7 mL/min for 3.5 min then 10 mL/min per min to 2.5 mL/min
    for 2.34 min

Exhibit 3D-39

ID: 2022-SFL7-04527-1,4,1132190,601,1,14
Name of File: Case 9:23-cr-00014-DWM   Document 17-3   Filed 03/23/23   Page 46 of 58
Acquired:  8 Nov 2022  10:50      using Method: GCLOWX_MS01.M
Misc Info: AC-22-03, DEA365172
Sort Number: 255

Vial Number: 142
Instrument: DEA# 365172



Exhibit 3D-40

ID: 2022-SFL7-04527-1,4,1132190,601,1,14
Name of File: Case 9:23-cr-00014-DWM Document 17-3 Filed 03/23/23 Page 47 of 58
Acquired: 8 Nov 2022 10:50 using Method: GCLOWX_MS01.M
Misc Info: AC-22-03, DEA365172
Sort Number: 256

Vial Number: 142
Instrument: DEA# 365172



Exhibit 3D-41

```
Data File      : C:\Chem32\1\Data\MN1207\MN_SCREEN_LTM 2022-12-07 14-38-
                 28\002B0602.D
Acq. Method    : C:\Chem32\1\Data\MN1207\MN_SCREEN_LTM 2022-12-07 14-38-
                 28\SCREEN_LTM BACK.M
```

```
========================================================================
Injection Date    : 12/7/2022                Vial No.        :          2
Injection Time    : 3:26:56 PM               Injection No.   :          2
Seq. Line         : 6                        Injection Vol.  :        1.0
Method            : Screen_LTM Back/Gas Chromatography
Column            : Guard column DB-5MS, 1.0m x 0.25mm x 0.25um; :LTM column
DB-5MS, 15m x 0.25mm x 0.25um
Flow Conditions   : 3.25 mL/min  Split 25:1
Temperatures      : Oven 300C for 3.5 min; LTM 100C, no hold; ramp 80C/min->
```



```
========================================================================
Sample Amount      : N/A
Dilution           : 1.000 mL
========================================================================

Signal Description :FID2 B, Back Signal
```

| RT [min] | Type | Width | Area | Height | Area % | Name |
|------|------|-------|------|--------|--------|------|
| 0.000 | | 0.000 | 0.000 | 0.000 | 0.00 | methamphetamine |
| 0.000 | | 0.000 | 0.000 | 0.000 | 0.00 | fentanyl |

```
CH2Cl2 base extracted with NaHCO3 solution


ID:   2022-SFL7-04527-1,4,1132190,591,1,1
Instrument ID:  DEA365339                    Agilent GC Screen   Exhibit 3D-42
DEA Western Laboratory                       Page   1 of 1
```

```
Data File      : C:\Chem32\1\Data\MN1207\MN_SCREEN_LTM 2022-12-07 14-38-
                 28\003B0701.D
Acq. Method    : C:\Chem32\1\Data\MN1207\MN_SCREEN_LTM 2022-12-07 14-38-
                 28\SCREEN_LTM BACK.M
========================================================================
Injection Date : 12/7/2022                 Vial No.        :         3
Injection Time : 3:34:27 PM                 Injection No.   :         1
Seq. Line      : 7                          Injection Vol.  :       1.0
Method         : Screen_LTM Back/Gas Chromatography
Column         : Guard column DB-5MS, 1.0m x 0.25mm x 0.25um; :LTM column
DB-5MS, 15m x 0.25mm x 0.25um
Flow Conditions : 3.25 mL/min  Split 25:1
Temperatures   : Oven 300C for 3.5 min; LTM 100C, no hold; ramp 80C/min->
```



```
========================================================================
Sample Amount            : N/A
Dilution                 : 1.000 mL
========================================================================
Signal Description :FID2 B, Back Signal
| RT   | Type | Width | Area    | Height | Area % |          Name         |
|[min] |      |       |         |        |        |                       |
|------|------|-------|---------|--------|--------|-----------------------|
| 0.682|BV R  |4.9e-3 |   4.512|  14.067|   0.19|methamphetamine        |
| 1.404|BB    |1.1e-2 | 605.386| 788.310|  25.80|                       |
| 1.718|BB    |6.3e-3 |  77.113| 190.763|   3.29|                       |
| 1.808|VB R  |6.2e-3 |  16.212|  39.171|   0.69|                       |
| 1.954|BB    |6.2e-3 |  45.071| 112.791|   1.92|                       |
| 2.332|VB R  |6.2e-3 |  68.604| 172.706|   2.92|                       |
| 2.604|BB    |8.6e-3 |1529.499|2548.090|  65.18|fentanyl               |
|------|------|-------|---------|--------|--------|-----------------------|
```

base extracted with NaHCO3 solution/CH2Cl2


ID:   2022-SFL7-04527-1,4,1132190,591,1,2
Instrument ID:  DEA365339                    Agilent GC Screen    Exhibit 3D-43
DEA Western Laboratory                       Page   1 of 1

```
Data File     : C:\Chem32\1\Data\MN1207\MN_SCREEN_LTM 2022-12-07 14-38-
                28\003B0701.D
Acq. Method   : C:\Chem32\1\Data\MN1207\MN_SCREEN_LTM 2022-12-07 14-38-
                28\SCREEN_LTM BACK.M
=======================================================================
Injection Date   : 12/7/2022              Vial No.        :         3
Injection Time   : 3:34:27 PM             Injection No.   :         1
Seq. Line        : 7                      Injection Vol.  :       1.0
Method           : Screen_LTM Back/Gas Chromatography
Column           : Guard column DB-5MS, 1.0m x 0.25mm x 0.25um; :LTM column
DB-5MS, 15m x 0.25mm x 0.25um
Flow Conditions  : 3.25 mL/min  Split 25:1
Temperatures     : Oven 300C for 3.5 min; LTM 100C, no hold; ramp 80C/min->
```



```
Sample Amount             : N/A
Dilution                  : 1.000 mL
=======================================================================
Signal Description :FID2 B, Back Signal
| RT   | Type | Width | Area    | Height | Area % |        Name            |
|[min] |      |       |         |        |        |                        |
|------|------|-------|---------|--------|--------|------------------------|
| 0.682|BV R  |4.9e-3 |   4.512 | 14.067 |   0.19|methamphetamine         |
| 1.404|BB    |1.1e-2 | 605.386 |788.310 |  25.80|                        |
| 1.718|BB    |6.3e-3 |  77.113 |190.763 |   3.29|                        |
| 1.808|VB R  |6.2e-3 |  16.212 | 39.171 |   0.69|                        |
| 1.954|BB    |6.2e-3 |  45.071 |112.791 |   1.92|                        |
| 2.332|VB R  |6.2e-3 |  68.604 |172.706 |   2.92|                        |
| 2.604|BB    |8.6e-3 |1529.499 |2548.090|  65.18|fentanyl                |
|------|------|-------|---------|--------|--------|------------------------|
```

base extracted with NaHCO3 solution/CH2Cl2


ID:   2022-SFL7-04527-1,4,1132190,591,1,2
Instrument ID:  DEA365339                      Agilent GC Screen    Exhibit 3D-44
DEA Western Laboratory                         Page   1 of 1

```
Data File    : C:\Chem32\1\Data\Monthly\_monthlyB 2022-12-07 05-47-43\
               002B0302--004B.D
Acq. Method  : C:\Chem32\1\Data\Monthly\_monthlyB 2022-12-07 05-47-43\
               SCREEN_LTM_BACK.M
```

```
===============================================================================
Injection Date   : 12/7/2022              Vial No.        :            2
Injection Time   : 6:14:04 AM             Injection No.   :            2
Seq. Line        : 4                      Injection Vol.  :          1.0
Method           : Screen_LTM Back/Gas Chromatography
Column           : Guard column DB-5MS, 1.0m x 0.25mm x 0.25um; :LTM column
DB-5MS, 15m x 0.25mm x 0.25um
Flow Conditions  : 3.25 mL/min  Split 25:1
Temperatures     : Oven 300C for 3.5 min; LTM 100C, no hold; ramp 80C/min->
```



```
===============================================================================
Sample Amount        : N/A
Dilution             : 1.000 mL
===============================================================================
Signal Description :FID2 B, Back Signal
|  RT  | Type | Width |  Area   | Height | Area % |          Name           |
| [min]|      |       |         |        |        |                         |
|------|------|-------|---------|--------|--------|-------------------------|
| 0.418|BB    |5.1e-3 | 124.576| 364.903|    2.71|dimethyl sulfone         |
| 0.681|BB    |5.7e-3 | 585.615|1454.253|   12.74|methamphetamine          |
| 1.047|BB    |5.5e-3 | 476.384|1327.284|   10.36|dimethyl phthalate       |
| 1.404|BB    |8.1e-3 | 533.919| 909.475|   11.62|phenacetin               |
| 1.601|BB    |1.1e-2 | 303.828| 466.544|    6.61|caffeine                 |
| 1.797|BB    |6.4e-3 | 512.418|1167.589|   11.15|PTHIT                    |
| 2.056|BB    |6.4e-3 | 564.868|1356.954|   12.29|cocaine                  |
| 2.420|VB R  |7.0e-3 | 474.716|1022.760|   10.33|oxycodone                |
| 2.508|BV R  |6.9e-3 | 499.684|1108.381|   10.87|heroin                   |
| 2.593|BV R  |7.4e-3 |  23.574|  49.039|    0.51|fentanyl                 |
| 3.755|BB    |2.3e-2 | 497.202| 296.307|   10.82|trazodone                |
|------|------|-------|---------|--------|--------|-------------------------|
AC-22-03, MeCl2 based w/10% NaOH


ID:   Standard, AC-22-03
Instrument ID:  DEA365339              Agilent GC Screen   Exhibit 3D-45
DEA Western Laboratory                Page    1 of 1
```

Case Attachments

| 1. Date Prepared: 8/26/2022 | 2. Case #: | 3. File Title: Justin ROMO | | 4. Progam Code: | 5. GDEP #: |
|---|---|---|---|---|---|
| 6. Group No: | 7. Date Taken into DEA Custody: 8/26/2022 | | 8. Where obtained (City, State/Country): Kalispell, Montana | | |

**9. Is this document for informational purposes only?** ☒ No ☐ Yes

**10. How obtained?** ☐ Purchase cost per exhibit: (1)_____ ;    ☐ Compliance Sample (Non-Criminal)    ☐ Internal Body Carry*
(2)_____ ; (3)_____ .    ☐ Free Sample    ☐ Stockpile Reverse Undercover
☒ Seized    ☐ Clandestine Laboratory Seizure    ☐ Other:_____
☐ Money Flashed    ☐ Regulatory

*A biohazard warning label must be placed on the heat sealed evidence envelope containing the evidence acquired from an internal body carry.

| 11. If referral, name of referring agency: | 11a. Case #: | 11b. Seizure #: 2022332400005801 |
|---|---|---|

**12. If seized for forfeiture (pseudoephedrine) and held as evidence or for safekeeping, was a SSF prepared?**
☐ If yes, attach SSF and enter Asset ID (formerly CATS ID) #_____ .
Provide asset (fair market) value at time of seizure _____
☐ If no, explain: _____

| 13. Exhibit # | 14. FDIN # | 15. Alleged Drugs | 16. Describe Marks on Labels (Note: If original container is separate from drug, enter subexhibit # and describe original container fully.) | Approx. Gross Quantity | | |
|---|---|---|---|---|---|---|
| | | | | 17. Seized | 18. Submitted | 19. Retained |
| 4 | 2022735625 | Fentanyl | Blue pills (fentanyl) contained in 5 plastic baggies and further contained in an evidence bag | 46.5 gr | 46.5 gr | |
| 5 | | Methamphetamine | Clear chrystaline substance contained in a platic bag and further contained in an evidence bag | 43.7 gr | 43.7 gr | |
| 6 | 2022735625 | Fentanyl | Blue pills (fentanyl) contained in a zip-lock bag and further contained in an evidence bag | 20.5 gr | 20.5 gr | |

**20. Is this a bulk drug seizure?** ☒ No ☐ Yes (If yes, provide date of 60-day letter: _____ )
**21. Identify:** ☒ N/A ☐ Threshold DEA-7 or ☐ Bulk DEA-7

**22.** ☐ Fingerprint Analysis Requested for exhibit(s): _____

**22a.** Compare Latent Prints with subject(s):

| Name | FBI and or State ID Number(s) | Date of Birth | Identify type of prints attached | | |
|---|---|---|---|---|---|
| | | | Finger | Palm | None |
| | | | | | |

**23. REMARKS:**

Please return exhibits to CBP FP&F (Attention Rob Simmons/Ed Plant), 1600, Airport Drive, Great Falls, MT 59403

Please return lab reports and receipts to S/A Troy Capser, 2 Main Street, Room 206, Kalispell, MT 59901 (406-755-2824), troy.m.capser@ice.dhs.gov

Seizure Number: ▓▓▓ FP&F: ▓▓▓ , HSI Case Number: ▓▓▓ Line Item Numbers 001 - 006

| 24. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: Troy Capser, Special Agent/HSI Kalispell | 25. Type/Print Name of Supervisor: for Todd A. Holton, Resident Agent in Charge/ HSI Kalispell |
|---|---|
| 24a. Signature and Date: TROY M CAPSER   Digitally signed by TROY M CAPSER Date: 2022.08.29 07:20:15 -06'00' | 25a. Signature and Date: TROY M CAPSER   Digitally signed by TROY M CAPSER Date: 2022.08.29 07:20:53 -06'00' |

**DRUG EVIDENCE CUSTODIAN RECEIPT REPORT (FOR FIELD OFFICE USE ONLY)**

| 26. No. Packages: | 27. Print/Type Name Received From: | 27a. Signature and Date: |
|---|---|---|
| 28. SEAL ☐ Broken ☐ Unbroken | 29. Print/Type Name Received By: | 29a. Signature and Date: |
| 30. Date Entered Into ENEDS/CERTS: | | |

**LABORATORY EVIDENCE RECEIPT REPORT (FOR LABORATORY USE ONLY)**

| 31. No. Packages: 355EE | 32. Print/Type Name Received From: UPS | 32a. Signature and Date: IZ A&F 161 01 9516 2281 8-30-22 |
|---|---|---|
| 33. SEAL ☐ Broken ☒ Unbroken | 34. Print/Type Name Received By: STEVEN LOTT | 34a. Signature and Date: Steven Lott 9-7-22 |
| 35. Laboratory #s: (1) | (2) | (3) |
| 36. Laboratory Control #s: (1) | (2) | (3) |

DEA Form 7 (08/07) (Previous editions are obsolete)

Exhibit 3D-47

Copy 1 - Prosecutor

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. Various | G-DEP IDENTIFIER |
|---|---|---|

Western Laboratory
6880 Koll Center Parkway
Pleasanton, CA 94566

**FILE TITLE**

**DATE**
12/29/2022

**DIVISION/DISTRICT OFFICE**
SFL1 - Special Testing and Research Laboratory
22624 Dulles Summit Court
Sterling, VA 20166

**DELIVERY INFO**
Method of Delivery: FEDEX,
FEDEX Tracking #: 5932 5655 7675.

I hereby acknowledge receipt of the following described cash or other item (s),
which was given into my custody by the above named individual.

Total Container Count: 75

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 SSEE | ████ Exhibit: 67, 2022-SFL7-04397 Container ID: 2213260 (SSEE/FEN) | Sent to Special Testing |
| 1 SSEE | ████ Exhibit: 90, 2022-SFL7-04399 Container ID: 2215480 (SSEE/FEN) | Sent to Special Testing |
| 1 SSEE | ████ Exhibit: 2, 2022-SFL7-04531 Container ID: 2207502 (SSEE/FEN) | Sent to Special Testing |
| 1 HSEE | ████ Exhibit: 4, 2022-SFL7-04527 Container ID: 2214592 (HSEE/FEN) | Sent to Special Testing |
| 1 SSEE | ████ Exhibit: 1, 2022-SFL7-05363 Container ID: 2211477 (SSEE/FEN) | Sent to Special Testing |
| 1 HSEE | ████ Exhibit: 0001, 2022-SFL7-05705 Container ID: 2210439 (HSEE/FEN) | Sent to Special Testing |
| 1 SSEE | ████ Exhibit: 1B1, 2022-SFL7-05840 Container ID: 2217439 (SSEE/FEN) | Sent to Special Testing |
| 1 SSEE | ████ Exhibit: 1B2, 2022-SFL7-06084 Container ID: 2217873 (SSEE/FEN) | Sent to Special Testing |
| 1 SSEE | ████ Exhibit: 1B1, 2022-SFL7-05847 | Sent to Special Testing |

| RECEIVED BY (Signature) | 1/19/23 | NAME AND TITLE (Print or Type) RAFAEL MARCIAL, FS |
|---|---|---|
| WITNESSED BY (Signature) FE 5932 5655 7675 | | NAME AND TITLE (Print or Type) 1/3/23 |

FORM DEA-12 (8-02) *Previous editions obsolete*

Electronic Form Version Designed in JetForm 5.2 Version

Exhibit 3D-48

| | |
|---|---|
| **From:** | SFL7RUSHRequests |
| **To:** | "Capser, Troy M" |
| **Subject:** | RE: RUSH ▮▮▮▮▮▮▮ ex 2 & 4 |
| **Date:** | Monday, November 7, 2022 12:02:00 PM |
| **Attachments:** | image002.png |

Hi Troy,

Group 3 will be working on Exhibit 4 and it should be completed by 12/7/2022.

*Steven Aliyetti*

Supervisory Chemist (Group 3)
DEA Western Laboratory
Pleasanton, CA
Desk: 571-387-4793
Work Cell: 925-699-0252

**From:** Capser, Troy M <Troy.M.Capser@ice.dhs.gov>
**Sent:** Monday, November 7, 2022 9:57 AM
**To:** SFL7RUSHRequests <SFL7RUSHRequests@dea.gov>
**Subject:** RUSH ▮▮▮▮▮▮▮ ex 2 & 4

**SFL7 RUSH Request Form**
*DEA Western Laboratory*
*6880 Koll Center Parkway*
*Pleasanton, CA 94566*
*(571) 387-4801 - Main Telephone Number*

| | | |
|---|---|---|
| Agency Case No.: | ▮▮▮▮▮▮▮ | |
| Exhibit(s) No.: | 02 and 04 (001 and 003 are completed) | |
| Suspected Drug(s): | Fentanyl (pills) | |
| Is evidence already at the Laboratory?: | yes | If evidence is not already at the laboratory, please indicate the date shipped or delivered to our Evidence Technicians. **Please include the package service, shipping date, and the tracking number.** It may take 3-5 days for evidence to be entered in our system. |
| Has this evidence been previously examined by | no | If "Yes", you must include a copy of the testing results with the evidence, as well as a Memorandum from your office head requesting the reanalysis. |

| another Laboratory?: | | | |
|---|---|---|---|
| Reason for RUSH: | Needed for prosecution | | |
| Date Results Needed: | 12/7/2022 | Allow up to three (3) weeks for completion of Analysis | |

**All Fingerprint Analysis requests are now processed and triaged by the fingerprint supervisory staff.**

If you need RUSH Fingerprints, please contact FingerprintAnalysisRequests@dea.gov with your request.

| | Name | Email | Phone |
|---|---|---|---|
| Requesting Agent: | Troy Capser | Troy.m.capser@ice.dhs.gov | 406-250-1222 |
| Supervisor: | Todd Holton | Todd.a.holton@ice.dhs.gov | 406-755-2824 |
| AUSA or Prosecutor: | Jennifer Clark | jennifer.clark2@usdoj.gov | 406-329-4265 |

Please return this form to: SFL7RushRequests@usdoj.gov

In the header, please indicate the word "RUSH", the case number, and exhibit number(s):

*e.g.,* RUSH XX-18-0155 ex 1, 2, 3

V2.1 – 2022-07-15



TROY M. CAPSER
SPECIAL AGENT
HSI KALISPELL
2 MAIN STREET, SUITE 206
KALISPELL, MT 59901
OFFICE: 406-755-2824 X28
FAX: 406-755-2845
CELL: 406-250-1222



**U.S. Department of Justice**      Western Laboratory
**Drug Enforcement Administration**      Pleasanton, CA

**DEA SENSITIVE**

## Chain of Custody Report

**LIMS Case Number:** 2022-SFL7-04527

**I.A. Case Number:** ▮▮▮▮▮▮▮▮

**LIMS Evidence Container ID:** 2162312

**Exhibit Number:** 4

**Container Type:** SSEE

**Container Code:** EVD

| Date | Description | From | To |
|------|-------------|------|-----|
| 9/7/22 | Exhibit Created | UPS Tracking #:1Z A6F 161 01 9 | CR |
| 12/1/22 | Out to Examiner | EIALVAREZMARTIN EZ | MLNGUYEN |
| 12/13/22 | Return to Vault | MLNGUYEN | SBLOTT |
| 2/15/23 | Transferred to different agency | JRRAEZER | HSI - Great Falls |

Exhibit 3D-51

**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

**DEA SENSITIVE**

## Chain of Custody Report

**LIMS Case Number:** 2022-SFL7-04527

**I.A. Case Number:** ███████

**LIMS Evidence Container ID:** 2214592

**Exhibit Number:** 4

**Container Type:** HSEE

**Container Code:** FEN

| Date | Description | From | To |
|------|-------------|------|-----|
| 12/5/22 | Exhibit Created | MLNGUYEN | MLNGUYEN |
| 12/13/22 | Return to Vault | MLNGUYEN | SBLOTT |
| 12/29/22 | Transferred to SFL1 | JRRAEZER | SFL1 - Special Testing and Research Laboratory |
| 1/19/23 | Receipt Confirmed | JRRAEZER | SFL1 - Special Testing and Research Laboratory |

Exhibit 3D-52