

**Brittany C. Huntington, B.S., M.S.**
Department of Justice
Drug Enforcement Administration
Office of Forensic Science

Senior Forensic Chemist
Western Regional Laboratory
Pleasanton, CA

---

# AREA OF EXPERTISE

**Forensic Discipline**
  Seized Drug Analysis

**Expert Testimony**
- Testified 25 times
- Testimonies in the last four years:
    - 2021, (video testimony for Denver, CO), *United States v. Pappas*
    - 2021, (Seattle, WA), *United States v. Woolard*
    - 2021, (Anchorage, AK), *United States v. Alvarez*
    - 2019, (Denver, CO), *United States v. Nolan*

# PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
FORENSIC CHEMIST, Western Laboratory, (Pleasanton, CA), 2009-present

- Main duties include the analysis of submitted evidence for the presence or absence of controlled substances

- Have analyzed approximately 3325 exhibits (approximately 1400 methamphetamine identifications, 415 cocaine identifications, 500 heroin identifications, 325 marijuana and related substances identifications, and 200 fentanyl and related substances identifications)

- Maintained instrumentation utilized in evidence analysis as Instrument Specialist from 2017-2018

- Assist in the training of our new chemists as one of the in-house Training Officers, 2019-2021

*Training*

- Drug Enforcement Administration (DEA) Western Laboratory, Forensic Chemist Training Program, (San Francisco, CA), 2009

- DEA Western Laboratory, Infrared Properties, (San Francisco, CA) 2009

- DEA Office of Forensic Science, Basic Forensic Science School, (Quantico, VA), 2010

- DEA Office of Training, Basic Clandestine Laboratory Certification School, (Quantico, VA) 2010

- Agilent Technologies, Gas Chromatograph Maintenance Training, (Alpharetta, GA) 2010

- Waters, High Performance Liquid Chromatography Training, (San Francisco, CA) 2010

- DEA Western Laboratory, Clandestine Phenethylamine Laboratory Analytical and Syntheses Training, (San Francisco) 2010

- DEA Office of Training, Portable Raman Training, (San Francisco, CA) 2011

- Network Environmental Systems, Clan Labs of Concern: Beyond Meth, (Folsom, CA) 2011

- Jason Nawyn, Synthetic Cannabinoids/Substituted Cathinones, (San Francisco, CA) 2011

- DEA Office of Training, DEA Level "A" Certification Course, (Valencia, CA) 2011

- DEA Special Testing Laboratory, Nuclear Magnetic Resonance Training, (San Francisco, CA) 2012

- DEA Special Testing Laboratory, Methamphetamine/Meth Profiling Program Training, (San Francisco, CA) 2012

- California Association of Criminalists (CAC), Measurement Assurance Panel, (Hayward, CA) 2012

- CAC, Narcotic Trafficking in Northern California, (Hayward, CA) 2012

- Agilent Technologies, Controlled Substances Analysis, (San Francisco, CA) 2014

- Agilent Technologies, Low Thermal Mass (LTM) Capabilities, (San Francisco, CA) 2014

- Oklahoma State University Center for Health Sciences, School of Forensic Sciences, Center for Improvised Explosives; WMD Laboratory Recognition for Forensic Scientists; (San Francisco, CA) 2014

- Dean A. Kirby, Field Report: The Manufacture of Cannabis Concentrates, (Pleasanton, CA) 2015

- DEA Office of Training; Instructor Development Course (Quantico, VA) 2015

- Clandestine Laboratory Investigating Chemists (CLIC), Improvised Explosives and Methamphetamine One-Pot Remediation, (Oklahoma City, OK) 2015

- Agilent, LTM Theory and Operational Concepts, (Pleasanton, CA) 2016

- DEA Special Testing Laboratory, LTM Method Development, (Pleasanton, CA) 2016

- DEA Office of Forensic Sciences, Lean Six Sigma Training and Implementation, (Pleasanton, CA) 2018

- DEA Office of Training, Aspiring Leaders Conference, (Quantico, VA) 2018

- DEA Office of Training, Field Training Chemist Course, (Quantico, VA) 2019

- CAC, Cannabis Workshop, (Oakland, CA) 2019

- CAC, ANAB Risk-Based Thinking Workshop, (Oakland, CA) 2019

- DEA Office of Training, Structured Interview Panel, (Quantico, VA) 2022

**SACRAMENTO DISTRICT ATTORNEY'S LABORATORY OF FORENSIC SERVICES**
*CONTROLLED SUBSTANCES INTERN, Controlled Substances Section, (Sacramento, CA) 2008-2009*

- Learned how to conduct drug analysis utilizing color tests, microcrystalline tests. Infrared spectrometry, and gas chromatography-mass spectrometry

- Conducted thesis research of synthesizing and analyzing the hallucinogen bromo-dragonfly

- Assisted thesis supervisor with numerous methamphetamine cooks for local classes

*Training*

- California Criminalistics Institute (CCI), Basic Practical Microscopy, (Sacramento, CA) 2008

**UNIVERSITY OF CALIFORNIA, DAVIS**
*TEACHER'S ASSISTANT, Department of Environmental Toxicology: Introduction to Forensic Science, (Davis, CA) 2008*

- Built lesson plans/PowerPoint presentations summarizing the topics covered in class each week, which I would then present to the students one night each week

- Held additional office hours each week to assist students with understanding core concepts

- Developed homework assignments, paper topics, and test questions, and graded all of these assignments

*TEACHER'S ASSISTANT, Forensic Science Graduate Group: Personal Identification Methods, (Davis, CA) 2008*

- Held office hours each week to assist students with understanding core concepts

- Developed homework assignments, paper topics, and test questions, and graded all of these assignments

**SOUTH LAKE TAHOE POLICE DEPARTMENT**
*EVIDENCE TECHNICIAN INTERN, Evidence Technician Section, (South Lake Tahoe, CA) 2006*

- Main duties included handling, processing, and storing evidence, as well as crime scene investigation

**NORTHEASTERN UNIVERSITY**

*UNDERGRADUATE RESEARCHER, Department of Chemistry & Chemical Biology/Barnett Institute, (Boston, MA) 2006-2007*

- Assisted in the Dana-Farber Joint Program in Cancer Drug Discovery
- Derivatized urine samples from male cancer patients and analyzed by liquid chromatography

*LABORATORY ASSISTANT, Department of Chemistry & Chemical Biology, (Boston, MA) 2003-2007*

- Assisted with the set-up and teaching of all undergraduate organic chemistry lab classes
- Contributed with the development of new experiments for the classes
- Assisted with the ordering and stocking of chemicals and glassware

# EDUCATION AND CERTIFICATIONS

Northeastern University (Boston, MA)

- Bachelor of Science (B.S.) degree in Chemistry, minor in Criminal Justice; 2007

University of California at Davis (Davis, CA)

- Master of Science (M.S.) degree in Forensic Science; 2009

*Certifications*

- DEA Clandestine Laboratory Investigation (2010 to present)
- DEA Advanced Site Safety (2015 to present)
- DEA Field Training Chemist (2019-present)
- DEA Structured Interview Panel, Core Series (2022-present)

# PRESENTATIONS AND LECTURES

- Presenter, Mentoring Across the Curriculum: The Co-op Advantage
  - 231st American Chemical Society (ACS) National Meeting, (Atlanta, GA) 2006
- Contributor, Quantitation of Estrogens in Male Plasma Using Liquid Chromatography with an Electrochemical Detector
  - 233rd ACS National Meeting, (Chicago, IL) 2007
- Instructor, "Hands –on" manufacturing of methamphetamine
  - Multiple CCI Clandestine Laboratory Analysis and Synthesis classes, (Sacramento, CA) 2008-2009
- Presenter; Synthesis and Intermediate/By-Product Analysis of Bromo-dragonfly, a Dihydrobenzofuran Analogue of Phenethylamine Hallucinogens
  - CAC Semi-Annual Seminar, (Sacramento, CA) 2011
- Instructor, "Hands –on" manufacturing of methamphetamine
  - DEA Basic Clandestine Laboratory Safety Course #52, (Quantico, VA) 2011
- Instructor, Analysis of Multi-Unit Exhibits
  - San Francisco Assistant United States Attorney (AUSA) Training, (San Francisco, CA) 2012
- Instructor, "Hands –on" manufacturing of methamphetamine
  - National Guard Clandestine Laboratory Certification School, (Meridian, ID) 2012
- Presenter, Optimizing the Analysis of Synthetics
  - CAC Drug Study Group, (Richmond, CA) 2014
- Instructor, "Hands –on" manufacturing of methamphetamine

- o   Department of Justice (DOJ) Basic Clan Lab Certification Course, (Santa Rosa, CA) 2014
- Presenter, Synthetic Cannabinoids and Cathinones: A Case Study from Seizure to Trial
  - o   CAC Semi-Annual Seminar, (Rohnert Park, CA) 2014
  - o   Los Angeles County Department of Medical Examiner-Coroner's West Coast Conference, (North Hollywood, CA) 2015
  - o   CLIC's 25th Annual Technical Training Seminar, (Oklahoma City, OK) 2015
- Co-Presenter, Cannabis Extracts
  - o   DEA Agent Clandestine Laboratory Recertification, (Pleasanton, CA) 2015
- Presenter, Gas Chromatography-Mass Spectrometry Limits of Detection and Best Practices
  - o   DEA Western Laboratory Brown Bag Lunch, (Pleasanton, CA) 2016
- Co-Presenter, Annual Clandestine Laboratory Recertification
  - o   Seattle Field Division Recertification, (Seattle, WA) 2017
- Presenter, Basic Drug Identification
  - o   DEA/Rocky Mountain High Intensity Drug Trafficking Area (RMHIDTA) Basic Drug Investigations, (West Valley City, UT) 2017
- Presenter, Annual Clandestine Laboratory Recertification
  - o   Billings Resident Office Recertification, (Billings, MT) 2017
- Presenter, Fentanyl and High Hazard Compounds
  - o   Salt Lake Valley HazMat Committee Training, (Sandy, UT) 2018
- Instructor, Level A Clandestine Laboratory Investigations
  - o   DEA High Hazard Clandestine Laboratory Certification, (Valencia, CA) 2018
- Instructor, Gas Chromatography-Mass Spectrometry Subject Matter Expert
  - o   DEA Basic Forensic Chemist Course, (Quantico, VA) 2020
- Instructor, Intro to HazMat at Clan Labs
  - o   San Jose Fire Department Hazardous Materials Training, (San Jose, CA) 2020
  - o   Salt Lake City National Guard Hazardous Materials Training, (Salt Lake City, UT) 2020
- Instructor, Field Test Training
  - o   Various federal, state, and local law enforcement trainings, 7 classes total, 2009-present

## PUBLICATIONS

- "Supercritical Fluid Extraction of Cannabis." Journal Clandestine Laboratory Investigating Chemists Association, Volume 26, Number 2, April 2016, pp. 21-24



U.S. Department of Justice
Drug Enforcement Administration
Western Laboratory
6880 Koll Center Parkway
Pleasanton, CA 94566

*www.dea.gov*

TO:         Jennifer Clark
            Assistant U. S. Attorney

FROM:       Brittany C. Huntington
            Senior Forensic Chemist
            DEA Western Laboratory

SUBJECT:  RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN
UNITED STATES v. Justin Jose Romo
DEA LIMS Case Number(s): 2022-SFL7-04530, 2022-SFL7-04531

Date:  March 9, 2023

The following summary of testimony is provided as required by Federal Rule of Criminal
Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and
address only the exhibit(s) identified in this summary:

1.  My name is:  Brittany C. Huntington

2.  I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA),
    in the capacity of Senior Forensic Chemist, and was so employed when I conducted the
    examinations and analyses described below.  My qualifications to conduct the examinations
    and analyses, and to express an opinion as to the identity of the material contained in the
    exhibit(s) described below, are based on my knowledge, skill, experience, training, and
    education.  See my attached Curriculum Vitae for additional information regarding my
    qualifications, including previous testimony offered in the last four years and any
    publications authored in the last ten years.

3.  The opinions described below are based on the following chemical, physical, and
    instrumental analyses, the results generated by those analyses, and my interpretation of those
    results set forth in the forthcoming Laboratory Report and analyst notes.

Exhibit 4B-1

SUBJECT: RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN
UNITED STATES v. Justin Jose Romo
DEA LIMS CASE NUMBER(S): 2022-SFL7-04530, 2022-SFL7-04531

The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis.  These are generally available at:

https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request.

4.  I analyzed the material contained in the exhibits which were submitted for analysis in the above referenced case number(s).  My conclusions are included as part of forthcoming forensic laboratory reports and analyst notes.

5.  The material referred to herein as exhibit #2022-SFL7-04530, as represented in the forensic laboratory reports and accompanying case file, has been identified as follows:

   a.  Substances identified:  methamphetamine hydrochloride*
   b.  Net weight: 86.5 g ± 0.2 g **
   c.  Purity of methamphetamine hydrochloride:  100% ± 6%***
   d.  All units were selected for qualitative analysis.

The above opinion is based on the following physical, chemical, and instrumental analyses:

   i.   Gas Chromatography/Mass Spectrometry
   ii.  Infrared Spectroscopy
   iii. UV-Vis Spectroscopy

6.  The material referred to herein as exhibit #2022-SFL7-04531, as represented in the forensic laboratory reports and accompanying case file, has been identified as follows:

   a.  Substances identified:  fentanyl, acetaminophen*
   b.  Net weight: 103.333 g ± 0.003 g **
   c.  Purity of fentanyl (calculated as hydrochloride):  2.6% ± 0.6%***
   d.  A statistical sampling approach based on the probability theory of the hypergeometric distribution was used.

The above opinion is based on the following physical, chemical, and instrumental analyses:

   i.   Gas Chromatography/Mass Spectrometry
   ii.  Immunoassay Test
   iii. Gas Chromatography

SUBJECT: RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN
UNITED STATES v. Justin Jose Romo
DEA LIMS CASE NUMBER(S): 2022-SFL7-04530, 2022-SFL7-04531

The analytical methods used in the above analyses are validated and verified according to our quality assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community.  Summaries of instrumental methods are available at:

https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596

&ast;A composite was formed from 1 unit for testing of 1 unit received. Methamphetamine identified in the composite. Salt form determined from testing the composite.
&ast;&ast;The net weight was determined by direct weighing of all units. The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.
&ast;&ast;&ast;Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

7.  This report, its attachments, and the referenced documents are not an exhaustive or complete recitation of testimony that I may offer.  In addition, I may offer opinions in response to questions posed during trial.

Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I approve the foregoing disclosure.

BRITTANY
HUNTINGTON

Digitally signed by BRITTANY
HUNTINGTON
Date: 2023.03.09 10:58:07 -08'00'

Date: 3/9/2023

_____
Brittany C. Huntington, DEA Senior Forensic Chemist

PAUL KUSKO

Digitally signed by PAUL KUSKO
Date: 2023.03.14 20:21:37
-07'00'

APPROVED: _____

P. Steven Kusko, Supervisory Chemist

Attachment



**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

---

**Chemical Analysis Report**

HSI - Kalispell
2 Main Street, Suite 206
Kalispell, MT 59901

**Case Number:** 2022332400005801
**LIMS Number:** 2022-SFL7-04530

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|------------------------|------------|------------------|----------------------|
| 1 | Methamphetamine Hydrochloride | 86.5 g ± 0.2 g | 100% ± 6% | 86.5 g ± 5.2 g |

**Remarks:**

The net weight was determined by direct weighing of all units. The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit.  All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

## Exhibit Details:

**Date Accepted by Laboratory:**  09/07/2022          **Gross Weight:** 106.4 g          **Date Received by Examiner:**  09/20/2022

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 1 | 1 | Ziplock Plastic Bag | Crystalline | 86.4 g |

**Remarks:**

## Exhibit Analysis:

**Sampling:**

A composite was formed from 1 unit for testing of 1 unit received. Methamphetamine identified in the composite. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---------|--------------------|
| 1 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit | Purity Test(s) |
|---------|----------------|
| 1 | DEA 503/UV-Vis Spectroscopy |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/  Brittany C. Huntington, Senior Forensic Chemist          **Date:** 09/23/2022
**Approved By:** /S/  Steven-Ray Q. Wing, Forensic Chemist          **Date:** 09/28/2022

# Case Details Report

**» I.A. Case #:  REDACTED / LIMS Case #:  2022-SFL7-04530**

**Investigating Agency:  HSI - Kalispell**

**# of I.A. Exhibits: 1**                                   **# of Lab Exhibits: 1**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | One plastic zip-lock bag containing white crystalline material. | SSEE (2162346) |

| Summary of Findings | | | | | Analyst: BCHUNTINGTON (2022.09.23) |
|---|---|---|---|---|---|

**Findings**

| Exhibit | Gross Wt | Net Wt (Reported) | Net Wt | Reserve Wt | Retained Wt |
|---|---|---|---|---|---|
| 1 | 106.4 g | 86.5 g ± 0.2 g | 86.56 g ± 0.24061 g | 86.4 g | |

| Constituent | Purity | APD (Reported) | APD |
|---|---|---|---|
| Methamphetamine Hydrochloride | 100% ± 6% | 86.5 g ± 5.2 g | 86.5 g ± 5.24204 g |

| Gross Weight | Analyst: BCHUNTINGTON (2022.09.23) |
|---|---|
| **Equipment :  DEA 365185** | |

| | |
|---|---|
| Gross Weight (Reported) | 105.5 g |
| Gross Weight (Actual) | 106.43 g |
| Gross Weight (delta) | 0.93 g |
| Gross Weight (delta %) | 0.874 % |
| Weight Discrepancy | No |
| Remarks | No Remarks |

| Description of Evidence | Analyst: BCHUNTINGTON (2022.09.23) |
|---|---|
| Seals | Intact |
| Date Opened | 2022-09-20 |
| Description | One self-sealed evidence envelope containing one plastic zip-lock bag containing white crystalline material. |
| Consistent With Paperwork? | Yes |
| Remarks | No Remarks |

| Description of Exhibit and Sampling | Analyst: BCHUNTINGTON (2022.09.23) |
|---|---|
| Number of Packages | 1 unit |
| Number of Units | 1 unit |
| Package Type | Ziplock Plastic Bag |
| Logo/Impression | No |
| Gross Form | Crystalline |
| Dry/Moist | Dry |
| Exemplar | No |
| Number of Units Tested | 1 unit |
| Sampling Procedure | Incremental sampling used to form the composite (15 >1g samples taken from the unit), which was passed through a 20-mesh sieve.  All analyses conducted on the composite. |
| Deviation from Sampling Plan | No |
| Remarks | No Remarks |

Exhibit 4D-1

**» I.A. Case #:   REDACTED / LIMS Case #:  2022-SFL7-04530**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|-----------|----------|------------------------|-----------|
| 1 | 1 | One plastic zip-lock bag containing white crystalline material. | SSEE (2162346) |

**Net Weight**
**Equipment :  DEA 365185** — Analyst: BCHUNTINGTON (2022.09.23)

| | |
|---|---|
| Residue | No |
| Type of Weighing | Direct Weighing |
| Net Weight | 86.5 g |
| Net Weight Uncertainty | 0.2 g |
| Remarks | Two new lab bags, empty to full. |
| Use Legacy Calculator | No |

**FTIR Analysis : Run # 1 - Set # 1 Background/blank**
**Equipment :  DEA 365363** — Analyst: BCHUNTINGTON (2022.09.23)

| | |
|---|---|
| Negative Control Run | Yes |
| Background | Pass |
| Negative Control Type | Instrumental |
| Negative Control Result | Pass |
| Remarks | No Remarks |

**FTIR Analysis : Run # 1 - Set # 2 Composite/standard**
**Equipment :  DEA 365363** — Analyst: BCHUNTINGTON (2022.09.23)

| | |
|---|---|
| Negative Control Run | No |
| Sample Prep | Direct attenuated total reflectance (ATR). |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|-------------|----------|
| Methamphetamine Hydrochloride, Isomer Undetermined | --- |

**GC-MS Analysis : Run # 1 - Set # 1 Blank**
**Equipment :  DEA 365397** — Analyst: BCHUNTINGTON (2022.09.23)

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Type | Instrumental/Solvent |
| Negative Control Result | Pass |
| Solvent | MeCl2 base extracted (BE) with Na2CO3. |
| Remarks | No Remarks |

**GC-MS Analysis : Run # 1 - Set # 2 Composite**
**Equipment :  DEA 365397** — Analyst: BCHUNTINGTON (2022.09.23)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | BE (Na2CO3) into MeCl2. |
| Retention Time Matching | No |
| Remarks | Baseline ok. |

**Spectral Result**

| Constituent | Comments |
|-------------|----------|
| Methamphetamine, Isomer & Salt Undetermined | Retention time within 0.1 minutes of reference material. |

Exhibit 4D-2

» I.A. Case #:   REDACTED / LIMS Case #:   2022-SFL7-04530

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | One plastic zip-lock bag containing white crystalline material. | SSEE (2162346) |

**GC-MS Analysis : Run # 1 - Set # 3 Standard**
Equipment :  DEA 365397                                   Analyst: BCHUNTINGTON (2022.09.23)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeCl2 |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Methamphetamine, Isomer & Salt Undetermined | --- |

**Quantitation : Run # 1 - Set # 1 Blank**
Equipment :  DEA 365207, DEA 365422                       Analyst: BCHUNTINGTON (2022.09.23)

| | |
|---|---|
| Type | Blank |
| Method | DEA 503/UV-Vis Spectroscopy |
| Remarks | No Remarks |
| QC Low Result | N/A |
| QC High Result | N/A |

**Quantitation : Run # 1 - Set # 2 Composite**
Equipment :  DEA 365207, DEA 365422                       Analyst: BCHUNTINGTON (2022.09.23)

| | |
|---|---|
| Type | Sample |
| Method | DEA 503/UV-Vis Spectroscopy |
| Dilution Technique | Volumetric |
| Sample Prep - Sample Weight (LabX) | 138.5 mg |
| Sample Amount (Instrument) | 138.5 mg |
| Sample Prep - Initial Volume | 50 mL |
| Sample Prep - Volume Transferred | 50 mL |
| Sample Prep - Final Volume | 50 mL |
| Sample Prep - Dilution Factor | 50 mL |
| Dilution Factor | 50 mL |
| Remarks | No Remarks |

**Quantitation**

| Constituent | RT | Area | Height | Width | Purity |
|---|---|---|---|---|---|
| Methamphetamine, Isomer & Salt Undetermined | | 0.0000 | 0.0000 | 0.000 | 101.050 |
| QC Low Result | 102.04 | | | | |
| QC High Result | 103.39 | | | | |

**Reserve Weight**
Equipment :  DEA 365185                                   Analyst: BCHUNTINGTON (2022.09.23)

| | |
|---|---|
| Residue? | No |
| Type of Calculation | No Calculation |
| Reserve Weight | 86.4 g |
| Remarks | Two lab bags, full with previous empty weighing. |

Exhibit 4D-3

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|-----------|----------|------------------------|-----------|
| 1 | 1 | One plastic zip-lock bag containing white crystalline material. | SSEE (2162346) |

**Description of Reserve Evidence**                                   Analyst: BCHUNTINGTON (2022.09.23)

| Description | The original packaging, the composite, and the rest of the reserve were each sealed into their own new labeled zip-lock bag.  All three of these were heat-sealed into the original evidence envelope (labeled). |
|-------------|---|
| Date Sealed | 2022-09-23 |
| Remarks | No Remarks |

**Gross Weight After Analysis**                                       Analyst: BCHUNTINGTON (2022.09.23)
**Equipment :  DEA 365185**

| Gross Weight After Analysis | 120.23 g |
|------------------------------|----------|
| Remarks | No Remarks |

Exhibit 4D-4



**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

---

**Chemical Analysis Report**

HSI - Kalispell
2 Main Street, Suite 206
Kalispell, MT 59901

**Case Number:** 2022332400005801
**LIMS Number:** 2022-SFL7-04531

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|-------------------------|------------|------------------|-----------------------|
| 2 | N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl) (calc. as Hydrochloride) | 103.333 g ± 0.003 g | 2.6% ± 0.6% | 2.686 g ± 0.651 g |
| 2 | Acetaminophen | | ---- | ---- |

**Remarks:**

The net weight was determined by direct weighing of all units. The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

Total dosage unit count = 975 tablets (net); 912 tablets (reserve); fentanyl (as hydrochloride) concentration: 2.7 mg/tablet.

## Exhibit Details:

**Date Accepted by Laboratory:** 09/07/2022      **Gross Weight:** 118.3 g      **Date Received by Examiner:** 11/15/2022

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 2 | 975 | Plastic Bag | Tablet | 96.691 g |

**Remarks:**
5.3 grams removed for special program.

## Exhibit Analysis:

**Sampling:**

Fentanyl identified in 9 units tested of 975 units received indicating, to at least a 95% level of confidence, that at least 70% of the units in the population contain the substance. A composite was formed from 30 units for further testing. Acetaminophen also identified in the exhibit.

| Exhibit | Summary of Test(s) |
|---------|--------------------|
| 2 | Gas Chromatography/Mass Spectrometry, Immunoassay Test |

| Exhibit | Purity Test(s) |
|---------|----------------|
| 2 | DEA127/Gas Chromatography |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Brittany C. Huntington, Senior Forensic Chemist      **Date:** 11/21/2022
**Approved By:** /S/ Paul S. Kusko, Supervisory Chemist      **Date:** 11/22/2022

009      Exhibit 4E-1

# Case Details Report

» **I.A. Case #:  REDACTED / LIMS Case #:  2022-SFL7-04531**

**Investigating Agency:  HSI - Kalispell**

**# of I.A. Exhibits: 1**                          **# of Lab Exhibits: 2**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 2 | 2 | One knotted plastic bag containing many round blue and green tablets. | SSEE (2162348) |

| **Summary of Findings** | | | | Analyst: BCHUNTINGTON (2022.11.21) | |
|---|---|---|---|---|---|

**Findings**

| Exhibit | Gross Wt | Net Wt (Reported) | Net Wt | Reserve Wt | Retained Wt |
|---|---|---|---|---|---|
| 2 | 118.3 g | 103.333 g ± 0.003 g | 103.333 g ± 0.00252 g | 96.691 g | |

| Constituent | Purity | APD (Reported) | APD |
|---|---|---|---|
| N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl) (calc. as Hydrochloride) | 2.6% ± 0.6% | 2.686 g ± 0.651 g | 2.68666 g ± 0.65081 g |
| Acetaminophen | | | |

| **Gross Weight** | Analyst: BCHUNTINGTON (2022.11.21) |
|---|---|
| **Equipment : DEA 365204** | |
| Gross Weight (Reported) | 117.5 g |
| Gross Weight (Actual) | 118.3 g |
| Gross Weight (delta) | 0.8 g |
| Gross Weight (delta %) | 0.68 % |
| Weight Discrepancy | No |
| Remarks | No Remarks |

| **Description of Evidence** | Analyst: BCHUNTINGTON (2022.11.21) |
|---|---|
| Seals | Intact |
| Date Opened | 2022-11-18 |
| Description | One self-sealed evidence envelope containing one plastic zip-lock bag containing one knotted colorless plastic bag containing many round blue and green tablets, each imprinted with "M" in a box on one side and "30" over a score on the other. |
| Consistent With Paperwork? | Yes |
| Remarks | No Remarks |

Exhibit 4F-1

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 2 | 2 | One knotted plastic bag containing many round blue and green tablets. | SSEE (2162348) |

## Description of Exhibit and Sampling
Analyst: BCHUNTINGTON (2022.11.21)

| | |
|---|---|
| Number of Packages | 1 unit |
| Number of Units | 975 unit |
| Package Type | Plastic Bag |
| Logo/Impression | No |
| Gross Form | Tablet |
| Top Logo | M |
| Bottom Logo | 30 |
| Tablet Shape | Round |
| Tablet Color | Blue-Green |
| Dry/Moist | Dry |
| Exemplar | No |
| Number of Units Tested | 9 unit |
| Sampling Procedure | 9 tablets randomly selected (using Lottery method A) and screened by GC-MS and immunoassay.  A composite was formed from 30 tablets for further analysis (using the remnants of the previously 9 selected plus 21 more using Lottery method A), which was ground and passed through a 60-mesh sieve. |
| Deviation from Sampling Plan | No |
| Remarks | No Remarks |

## Net Weight
### Equipment :  DEA 365207
Analyst: BCHUNTINGTON (2022.11.21)

| | |
|---|---|
| Residue | No |
| Type of Weighing | Unit Count Extrapolation |
| Net Weight | 103.333 g |
| Net Weight Uncertainty | 0.003 g |
| Total Unit Count | 975 |
| Average Net Weight per Unit | 0.10597 g |
| Remarks | Two new lab bags, empty to full. |
| Use Legacy Calculator | No |

## GC-MS Analysis : Run # 1 - Set # 1 Blank
### Equipment :  DEA 365395
Analyst: BCHUNTINGTON (2022.11.21)

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Type | Instrumental/Solvent |
| Negative Control Result | Pass |
| Solvent | MeCl2 base extracted (BE) with NaHCO3. |
| Remarks | No Remarks |

Exhibit 4F-2

» **I.A. Case #:**   REDACTED / **LIMS Case #:**  2022-SFL7-04531

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 2 | 2 | One knotted plastic bag containing many round blue and green tablets. | SSEE (2162348) |

**GC-MS Analysis : Run # 1 - Set # 2 Tablet 1**                                      Analyst: BCHUNTINGTON (2022.11.21)
**Equipment :  DEA 365395**

| Negative Control Run | No |
|---|---|
| Sample Weighed | No |
| Solvent | ~1/2 tablet BE (NaHCO3) into ~1mL MeCl2. |
| Retention Time Matching | No |
| Remarks | Tablet material and manufacturing by-products observed.  Baseline ok. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Acetaminophen | Retention time within 0.1 minutes of reference material. |
| Dipyrone | Indicated; not pursued. |
| N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | Retention time within 0.1 minutes of reference material. |

**GC-MS Analysis : Run # 1 - Set # 3 Tablet 2**                                      Analyst: BCHUNTINGTON (2022.11.21)
**Equipment :  DEA 365395**

| Negative Control Run | No |
|---|---|
| Sample Weighed | No |
| Solvent | ~1/2 tablet BE (NaHCO3) into ~1mL MeCl2. |
| Retention Time Matching | No |
| Remarks | Tablet material and manufacturing by-products observed.  Baseline ok. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | Retention time within 0.1 minutes of reference material. |

**GC-MS Analysis : Run # 1 - Set # 4 Tablet 3**                                      Analyst: BCHUNTINGTON (2022.11.21)
**Equipment :  DEA 365395**

| Negative Control Run | No |
|---|---|
| Sample Weighed | No |
| Solvent | ~1/2 tablet BE (NaHCO3) into ~1mL MeCl2. |
| Retention Time Matching | No |
| Remarks | Tablet material and manufacturing by-products observed.  Baseline ok. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | Retention time within 0.1 minutes of reference material. |

Exhibit 4F-3

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 2 | 2 | One knotted plastic bag containing many round blue and green tablets. | SSEE (2162348) |

**GC-MS Analysis : Run # 1 - Set # 5 Tablet 4**　　　　　　　　　　　　　　　　　　　　　　　　Analyst: BCHUNTINGTON (2022.11.21)
**Equipment :  DEA 365395**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | ~1/2 tablet BE (NaHCO3) into ~1mL MeCl2. |
| Retention Time Matching | No |
| Remarks | Tablet material and manufacturing by-products observed.  Baseline ok. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | Retention time within 0.1 minutes of reference material. |

**GC-MS Analysis : Run # 1 - Set # 6 Tablet 5**　　　　　　　　　　　　　　　　　　　　　　　　Analyst: BCHUNTINGTON (2022.11.21)
**Equipment :  DEA 365395**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | ~1/2 tablet BE (NaHCO3) into ~1mL MeCl2. |
| Retention Time Matching | No |
| Remarks | Tablet material and manufacturing by-products observed.  Baseline ok. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | Retention time within 0.1 minutes of reference material. |

**GC-MS Analysis : Run # 1 - Set # 7 Tablet 6**　　　　　　　　　　　　　　　　　　　　　　　　Analyst: BCHUNTINGTON (2022.11.21)
**Equipment :  DEA 365395**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | ~1/2 tablet BE (NaHCO3) into ~1mL MeCl2. |
| Retention Time Matching | No |
| Remarks | Tablet material and manufacturing by-products observed.  Baseline ok. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | Retention time within 0.1 minutes of reference material. |

Exhibit 4F-4

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 2 | 2 | One knotted plastic bag containing many round blue and green tablets. | SSEE (2162348) |

## GC-MS Analysis : Run # 1 - Set # 8 Tablet 7
**Equipment : DEA 365395**   Analyst: BCHUNTINGTON (2022.11.21)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | ~1/2 tablet BE (NaHCO3) into ~1mL MeCl2. |
| Retention Time Matching | No |
| Remarks | Tablet material and manufacturing by-products observed. Baseline ok. |

### Spectral Result

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | Retention time within 0.1 minutes of reference material. |

## GC-MS Analysis : Run # 1 - Set # 9 Tablet 8
**Equipment : DEA 365395**   Analyst: BCHUNTINGTON (2022.11.21)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | ~1/2 tablet BE (NaHCO3) into ~1mL MeCl2. |
| Retention Time Matching | No |
| Remarks | Tablet material and manufacturing by-products observed. Baseline ok. |

### Spectral Result

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | Retention time within 0.1 minutes of reference material. |

## GC-MS Analysis : Run # 1 - Set # 10 Tablet 9
**Equipment : DEA 365395**   Analyst: BCHUNTINGTON (2022.11.21)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | ~1/2 tablet BE (NaHCO3) into ~1mL MeCl2. |
| Retention Time Matching | No |
| Remarks | Tablet material and manufacturing by-products observed. Baseline ok. |

### Spectral Result

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | Retention time within 0.1 minutes of reference material. |

Exhibit 4F-5

Case 9:23-cr-00014-DWM   Document 17-4   Filed 03/23/23   Page 19 of 23

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|-----------|----------|------------------------|-----------|
| 2 | 2 | One knotted plastic bag containing many round blue and green tablets. | SSEE (2162348) |

**GC-MS Analysis : Run # 1 - Set # 11 Standard**                                   Analyst: BCHUNTINGTON (2022.11.21)
**Equipment :  DEA 365395**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | 9:1 ratio of MeCl2:MeOH (9:1) |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|-------------|----------|
| Acetaminophen | --- |
| N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | --- |

**Immunoassay Test : Run # 1 - Set # 1 Blank**                                   Analyst: BCHUNTINGTON (2022.11.21)

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Result | Pass |
| Immunoassay Type | Fentanyl Immunoassay Test Strips |
| Lot Number | B2205033 |
| Remarks | Expires 05-22-2024. |

**Immunoassay Test : Run # 1 - Set # 2 Tablets 1-9**                                   Analyst: BCHUNTINGTON (2022.11.21)

| | |
|---|---|
| Negative Control Run | No |
| Immunoassay Type | Fentanyl Immunoassay Test Strips |
| Lot Number | B2205033 |
| Applicable Units | 1-9 |
| Result | Positive |
| Remarks | Expires 05-22-2024. |

**Immunoassay Test : Run # 1 - Set # 3 Standard**                                   Analyst: BCHUNTINGTON (2022.11.21)

| | |
|---|---|
| Negative Control Run | No |
| Immunoassay Type | Fentanyl Immunoassay Test Strips |
| Lot Number | B2205033 |
| Applicable Units | Fentanyl standard 498. |
| Result | Positive |
| Remarks | Expires 05-22-2024. |

Exhibit 4F-6

**» I.A. Case #:   REDACTED / LIMS Case #:  2022-SFL7-04531**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 2 | 2 | One knotted plastic bag containing many round blue and green tablets. | SSEE (2162348) |

**Quantitation : Run # 1 - Set # 1 Standard**                                    Analyst: BCHUNTINGTON (2022.11.21)
**Equipment :  DEA 365207, DEA 365388**

| Type | Standard |
|---|---|
| Method | DEA127/Gas Chromatography |
| Dilution Technique | N/A |
| Sample Amount (Instrument) | 1.0012 mg |
| Dilution Factor | 1 mL |
| Remarks | No Remarks |

**Quantitation**

| Constituent | RT | Area | Height | Width | Purity |
|---|---|---|---|---|---|
| Tetracosane | 1.997 | 114.1004 | 117.9160 | 0.015 | 39.982 |
| Fentanyl | 3.361 | 228.1710 | 221.7689 | 0.016 | 100.000 |

**Quantitation : Run # 1 - Set # 2 QC low**                                    Analyst: BCHUNTINGTON (2022.11.21)
**Equipment :  DEA 365207, DEA 365388**

| Type | Check |
|---|---|
| Method | DEA127/Gas Chromatography |
| Dilution Technique | N/A |
| Sample Amount (Instrument) | 5.6008 mg |
| Dilution Factor | 1 mL |
| Remarks | No Remarks |

**Quantitation**

| Constituent | RT | Area | Height | Width | Purity |
|---|---|---|---|---|---|
| Tetracosane | 1.997 | 120.5117 | 121.5218 | 0.016 | 7.147 |
| Fentanyl | 3.354 | 91.1975 | 89.8158 | 0.016 | 6.765 |

**Quantitation : Run # 1 - Set # 3 Blank**                                    Analyst: BCHUNTINGTON (2022.11.21)
**Equipment :  DEA 365207, DEA 365388**

| Type | Blank |
|---|---|
| Method | DEA127/Gas Chromatography |
| Remarks | No Remarks |

**Quantitation**

| Constituent | RT | Area | Height | Width | Purity |
|---|---|---|---|---|---|
| Fentanyl | 0.000 | 0.0000 | 0.0000 | 0.000 | 0.000 |
| Tetracosane | 1.995 | 113.7825 | 115.0990 | 0.016 | 0.400 |

Exhibit 4F-7

» I.A. Case #:   REDACTED / LIMS Case #:  2022-SFL7-04531

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 2 | 2 | One knotted plastic bag containing many round blue and green tablets. | SSEE (2162348) |

**Quantitation : Run # 1 - Set # 4 Composite**  Analyst: BCHUNTINGTON (2022.11.21)
**Equipment :  DEA 365207, DEA 365388**

| Type | Sample |
|---|---|
| Method | DEA127/Gas Chromatography |
| Dilution Technique | Volumetric |
| Sample Prep - Sample Weight (LabX) | 506.3 mg |
| Sample Amount (Instrument) | 506.3 mg |
| Sample Prep - Initial Volume | 10 mL |
| Sample Prep - Volume Transferred | 10 mL |
| Sample Prep - Final Volume | 10 mL |
| Sample Prep - Dilution Factor | 10 mL |
| Dilution Factor | 10 mL |
| Remarks | Amount substance per tablet = average weight of tablet x final purity = 105.97 mg x 2.6% = 2.7 mg/tablet. |

| Quantitation | | | | | |
|---|---|---|---|---|---|
| **Constituent** | **RT** | **Area** | **Height** | **Width** | **Purity** |
| Tetracosane | 1.997 | 108.9274 | 109.1202 | 0.015 | 0.791 |
| Tetracosane | 1.997 | 109.0817 | 109.3735 | 0.015 | 0.791 |
| Fentanyl | 3.365 | 295.7726 | 267.2876 | 0.018 | 2.685 |
| Fentanyl | 3.365 | 296.1742 | 275.8600 | 0.016 | 2.685 |

**Quantitation : Run # 1 - Set # 5 QC high**  Analyst: BCHUNTINGTON (2022.11.21)
**Equipment :  DEA 365207, DEA 365388**

| Type | Check |
|---|---|
| Method | DEA127/Gas Chromatography |
| Dilution Technique | N/A |
| Sample Amount (Instrument) | 20.0028 mg |
| Dilution Factor | 1 mL |
| Remarks | No Remarks |

| Quantitation | | | | | |
|---|---|---|---|---|---|
| **Constituent** | **RT** | **Area** | **Height** | **Width** | **Purity** |
| Tetracosane | 1.997 | 118.3787 | 120.3376 | 0.015 | 2.001 |
| Fentanyl | 3.365 | 334.0833 | 313.5901 | 0.015 | 7.064 |

**Exemplar Weight Removed**  Analyst: BCHUNTINGTON (2022.11.21)

| Amount of Exemplar Removed | 5.3928 g |
|---|---|
| Remarks | No Remarks |

**Reserve Weight**  Analyst: BCHUNTINGTON (2022.11.21)
**Equipment :  DEA 365207**

| Residue? | No |
|---|---|
| Type of Calculation | Calculate Dosage Unit |
| Reserve Weight | 96.6917 g |
| Reserve Dosage Units | 912.4 unit |
| Remarks | Two lab bags, full with previous empty weighing. |

Exhibit 4F-8

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 2 | 2 | One knotted plastic bag containing many round blue and green tablets. | SSEE (2162348) |

**Description of Reserve Evidence**                                    Analyst: BCHUNTINGTON (2022.11.21)

| | |
|---|---|
| Description | The original packaging, the composite, and the reserve tablets were each sealed into their own new labeled zip-lock bag.  The composite and reserve bags were further sealed into one new labeled HSEE.  Both of these bags were heat-sealed into the original evidence envelope (labeled). |
| Date Sealed | 2022-11-21 |
| Remarks | No Remarks |

**Gross Weight After Analysis**                                        Analyst: BCHUNTINGTON (2022.11.21)
**Equipment :  DEA 365204**

| | |
|---|---|
| Gross Weight After Analysis | 126.4 g |
| Remarks | No Remarks |

Exhibit 4F-9

» I.A. Case #:   REDACTED / LIMS Case #:   2022-SFL7-04531

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 2 | 2 | FPP. | SSEE (2207502) |

**Other SP Sample Weight**
**Equipment :  DEA 365207**                                                    Analyst: BCHUNTINGTON (2022.11.21)

| | |
|---|---|
| Number of Samples | 1 |
| Other SP Total Sample Weight | 5.3928 g |
| Other SP Average Sample Weight | 5.3928 g |
| Remarks | No Remarks |

**Description of Reserve Evidence**                                            Analyst: BCHUNTINGTON (2022.11.21)

| | |
|---|---|
| Description | 50 round blue-green tablets were sealed into one new labeled vial, which was sealed with parafilm and further sealed into one new labeled plastic bottle, which was sealed into one new SSEE (labeled). |
| Date Sealed | 2022-11-21 |
| Remarks | No Remarks |

**Gross Weight - SP/LP**
**Equipment :  DEA 365204**                                                    Analyst: BCHUNTINGTON (2022.11.21)

| | |
|---|---|
| Gross Weight | 73.3 g |
| Remarks | No Remarks |

Exhibit 4F-10